**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

---

I.T., a minor, by and through her mother,
DANIELA GONZALEZ, individually, and as
custodial parent and next friend,

      Plaintiff,

vs.

SHARKNINJA OPERATING, LLC.,

      Defendant.

Docket No.:

**COMPLAINT AND DEMAND FOR
JURY TRIAL**

---

## COMPLAINT

Plaintiff **I.T.** and her mother, **DANIELA GONZALEZ** (collectively "Plaintiffs"), by and through their attorneys, **JOHNSON BECKER, PLLC** and **CLARK VON PLONSKI ANDERSON,** hereby submits the following Complaint and Demand for Jury Trial against Defendant **SHARKNINJA OPERATING, LLC** (hereafter referred to as "Defendant SharkNinja" and "Defendant"), alleges the following upon personal knowledge and belief, and investigation of counsel:

### NATURE OF THE CASE

1.    This is a product liability action seeking recovery for substantial personal injuries and damages suffered by Plaintiff I.T. after she was seriously injured by a "Ninja Foodi" pressure cooker Model No. OP 300 (hereafter generally referred to as "pressure cooker(s)" or "Subject Pressure Cooker").

2.    Defendant SharkNinja Operating, LLC designs, manufactures, markets, imports, distributes and sells a wide-range of consumer kitchen products, including the subject "Ninja Foodi

Tendercrisp" pressure cooker, which specifically includes the Model OP300 that is at issue in this case.

3.      On or about September 28, 2021, Plaintiff suffered serious and substantial burn injuries as the direct and proximate result of the pressure cooker's lid suddenly and unexpectedly exploding off the pressure cooker's pot during the normal, directed use of the pressure cooker, allowing its scalding hot contents to be forcefully ejected from the pressure cooker and onto Plaintiff.

4.      As a direct and proximate result of Defendant's conduct, the Plaintiff in this case incurred significant and painful bodily injuries, medical expenses, physical pain, mental anguish, and diminished enjoyment of life.

## PLAINTIFFS I.T. & DANIELA GONZALEZ

5.      Plaintiff I.T. and Daniela Gonzalez are residents and citizens of the city of San Benito, County of Cameron, State of Texas. I.T. is two years old, and resides with her mother, Daniela Gonzalez.

6.      On or about September 28, 2021, Plaintiff I.T. suffered serious and substantial burn injuries as the direct and proximate result of the Pressure Cooker's lid being able to be rotated and opened while the Pressure Cooker was still under pressure, during the normal, directed use of the Pressure Cooker, allowing its scalding hot contents to be forcefully ejected from the Pressure Cooker and onto Plaintiff I.T. The incident occurred as a result of the failure of the Pressure Cooker's supposed "safety" features, which purport to keep the consumer safe while using the Pressure Cooker. In addition, the incident occurred as the result of Defendant's failure to redesign the Pressure Cooker, despite the existence of economical, safer alternative designs.

## DEFENDANT SHARKNINJA OPERATING, LLC

7.      Defendant SharkNinja designs, manufacturers, markets, imports, distributes and sells a variety of consumer products, including the subject "Ninja Foodie" pressure cookers.

8.      At the time of the initiation of this lawsuit, the sole member of SharkNinja Operating, LLC was EP Midco, LLC, a Massachusetts Limited Liability Company created and organized under the law of the State of Delaware and located at 89 A St. # 100, Needham, MA 02494.

9.      11.      At the time of the initiation of this lawsuit, the sole member of EP Midco, LLC, whose sole was Global Appliance LLC, a Delaware limited liability company.

10.      12.      At the time of the initiation of this lawsuit, the sole member of Global Appliance LLC was Global Appliance UK Holdco Ltd. Global Appliance UK Holdco Ltd is a corporation organized under the laws of the United Kingdom with its principal place of business in the United Kingdom.

11.      13.      Accordingly, Defendant SharkNinja is a resident and citizen of the State of Massachusetts for purposes of diversity jurisdiction under 28 U.S.C. § 1332.

## JURISDICTION AND VENUE

12.      This Court has subject matter jurisdiction over this case pursuant to diversity jurisdiction prescribed by 28 U.S.C. § 1332 because the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and there is complete diversity between the parties.

13.      Plaintiffs are residents and citizens of the city of San Benito, County of Cameron, State of Texas. Plaintiffs are therefore, citizens of the State of Texas for purposes of diversity jurisdiction as prescribed by 28 U.S.C. § 1332.

14.      Venue is proper in this Court pursuant to 28 U.S.C. §1391 because all or a substantial part of the events or omissions giving rise to this claim occurred in this District.

15.      Venue is also proper in this Court pursuant to 28 U.S.C. § 1391 because Defendant has sufficient minimum contacts with the State of Texas and intentionally availed itself of the markets within Texas through the promotion, sale, marketing, and distribution of its products.

## FACTUAL BACKGROUND

16.    Defendant SharkNinja is engaged in the business of designing, manufacturing, warranting, marketing, importing, distributing and selling the pressure cookers at issue in this litigation.

17.    Defendant SharkNinja warrants, markets, advertises and sell its pressure cookers as a means to cook "easy" and "convenient" allowing consumers to "cook 70% faster than traditional cooking method[s]." [1]

18.    Defendant SharkaNinja boasts that its pressure cookers have "14 safety features," [2] which purport to keep the user safe while cooking.

19.    For example, according to the Owner's Manual accompanying the individual unit sold, the pressure cookers are equipped with a "safety feature" that prevents the lid from unlocking until "the unit is completely depressurized."[3]

20.    By reason of the forgoing acts or omissions, the above-named Daniela Gonezalez and/or her family purchased the pressure cooker with the reasonable expectation that it was properly designed and manufactured, free from defects of any kind, and that it was safe for its intended, foreseeable use of cooking.

21.    On or about September 28, 2021, Plaintiff was using the pressure cooker designed, manufactured, marketed, imported, distributed and sold by Defendant SharkNinja for its intended and reasonably foreseeable purpose of cooking.

22.    While the pressure cooker was in use for cooking, the pressure cooker's lid unexpectedly and suddenly blew off the pot in an explosive manner. The contents of the pressure cooker were

---

[1] https://www.ninjakitchen.com/pressure-cookers/ (last accessed December 23, 2022)
[2] *Id.*
[3] Attached hereto as "Exhibit A" and incorporated by reference is the OP300 Series Owner's Manual, pg. 22.

forcefully ejected out of the pot and onto Plaintiff I.T., causing severe, disfiguring burns.

23.    Plaintiff Daniela Gonzalez and her family used the pressure cooker for its intended purpose of preparing meals and did so in a manner that was reasonable and foreseeable by the Defendant SharkNinja.

24.    However, the aforementioned pressure cooker was defectively and negligently designed and manufactured by Defendant SharkNinja in that it failed to properly function as to prevent the lid from being removed with normal force while the unit remained pressurized, despite the appearance that all the pressure had been released, during the ordinary, foreseeable and proper use of cooking food with the product; placing the Plaintiff, her family, and similar consumers in danger while using the pressure cookers.

25.    Defendant SharkNinja's pressure cookers possess defects that make them unreasonably dangerous for their intended use by consumers because the lid can be rotated and opened while the unit remains pressurized.

26.    Further, Defendant SharkNinja's representations about "safety" are not just misleading, they are flatly wrong, and put innocent consumers like Plaintiffs directly in harm's way.

27.    Economic, safer alternative designs were available that could have prevented the pressure cooker's lid from being rotated and opened while pressurized.

28.    As a direct and proximate result of Defendant SharkNinja's intentional concealment of such defects, its failure to warn consumers of such defects, its negligent misrepresentations, its failure to remove a product with such defects from the stream of commerce, and its negligent design of such products, Plaintiff Daniela Gonzalez used an unreasonably dangerous pressure cooker, which resulted in significant and painful bodily injuries to her daughter, I.T..

29.    Consequently, the Plaintiffs in this case seek damages resulting from the use of Defendant SharkNinja's pressure cooker as described above, which has caused the Plaintiff I.T. to suffer from

serious bodily injuries, medical expenses, physical pain, mental anguish, diminished enjoyment of life, and other damages.

## COUNT I

### STRICT PRODUCTS LIABILITY & STATUTORY LIABILITY
### TEX. CIV. PRAC. & REM. CODE § 82.003 *et. seq*.

30.    Plaintiffs incorporate by reference each preceding and succeeding paragraph as though set forth fully at length herein.

31.    At the time of Plaintiff's injuries, Defendant's pressure cookers were defective and unreasonably dangerous for use by foreseeable consumers, including Plaintiff.

32.    As the retailer and distributor of the subject pressure cooker, Defendant, was a product "seller" liable pursuant to Tex. Civ. Prac. & Rem. Code § 82.003.

33.    Specifically, Defendant (1) participated in the design of the product; (2) exercised substantial control over the content of a warning or instruction that accompanied the product; and/or (3) that the manufacturer of the product is insolvent and/or not subject to the jurisdiction of the Court. Therefore, Defendant is liable pursuant Tex. Civ. Prac. & Rem. Code § 82.003(a)

34.    Defendant's pressure cookers were in the same or substantially similar condition as when they left the possession of the Defendant.

35.    Plaintiff and her family did not misuse or materially alter the pressure cooker.

36.    The pressure cookers did not perform as safely as an ordinary consumer would have expected them to perform when used in a reasonably foreseeable way.

37.    Further, a reasonable person would conclude that the possibility and serious of harm outweighs the burden or cost of making the pressure cookers safe. Specifically:

a.  The pressure cookers designed, manufactured, sold, and supplied by Defendant were defectively designed and placed into the stream of commerce in a defective and unreasonably dangerous condition for consumers;

b.  The seriousness of the potential burn injuries resulting from the product drastically outweighs any benefit that could be derived from its normal, intended use;

c.  Defendant failed to properly market, design, manufacture, distribute, supply, and sell the pressure cookers, despite having extensive knowledge that the aforementioned injuries could and did occur;

d.  Defendant failed to warn and place adequate warnings and instructions on the pressure cookers;

e.  Defendant failed to adequately test the pressure cookers; and

f.  Defendant failed to market an economically feasible alternative design, despite the existence of economical, safer alternatives, that could have prevented the Plaintiff's injuries and damages.

38.  At the time of Plaintiff's injuries, Defendants' pressure cookers were defective and unreasonably dangerous for use by foreseeable consumers, including Plaintiff.

39.  Defendant's actions and omissions were the direct and proximate cause of the Plaintiff's injuries and damages.

**WHEREFORE,** Plaintiff demands judgment against Defendant for damages and punitive damages according to proof, together with interest, costs of suit, attorneys' fees, and all such other relief as the Court deems proper. Plaintiff reserves the right to amend the complaint to seek punitive damages if and when evidence or facts supporting such allegations are discovered.

**COUNT II**

**<u>NEGLIGENCE</u>**

40.     Plaintiffs incorporate by reference each preceding and succeeding paragraph as though set forth fully at length herein.

41.     Defendant had a duty of reasonable care to design, manufacture, market, and sell non-defective pressure cookers that are reasonably safe for its intended uses by consumers, such as Plaintiff and her family.

42.     Defendant failed to exercise ordinary care in the manufacture, sale, warnings, quality assurance, quality control, distribution, advertising, promotion, sale and marketing of its pressure cookers in that Defendant knew or should have known that said pressure cookers created a high risk of unreasonable harm to the Plaintiff and consumers alike.

43.     Defendant was negligent in the design, manufacture, advertising, warning, marketing and sale of its pressure cookers in that, among other things, it:

> g.  Failed to use due care in designing and manufacturing the pressure cookers to avoid the aforementioned risks to individuals;
>
> h.  Placed an unsafe product into the stream of commerce;
>
> i.  Aggressively over-promoted and marketed its pressure cookers through television, social media, and other advertising outlets; and
>
> j.  Were otherwise careless or negligent

44.     Despite the fact that Defendant knew or should have known that consumers were able to remove the lid while the pressure cookers were still pressurized, Defendant continued to market (and continue to do so) its pressure cookers to the general public.

**WHEREFORE,** Plaintiff demands judgment against Defendant for damages and punitive damages according to proof, together with interest, costs of suit, attorneys' fees, and all such other

relief as the Court deems proper. Plaintiff reserves the right to amend the complaint to seek punitive damages if and when evidence or facts supporting such allegations are discovered.

## INJURIES & DAMAGES

45.    As a direct and proximate result of Defendant's negligence and wrongful misconduct as described herein, Plaintiff I.T. has suffered and will continue to suffer physical and emotional injuries and damages including past, present, and future physical and emotional pain and suffering as a result of the incident. Plaintiff is entitled to recover damages from Defendants for these injuries in an amount which shall be proven at trial.

46.    As a direct and proximate result of Defendant's negligence and wrongful misconduct, as set forth herein, Plaintiff I.T. has incurred and will continue to incur the loss of full enjoyment of life and disfigurement as a result of the incident. Plaintiff is entitled to recover damages for loss of the full enjoyment of life and disfigurement from Defendants in an amount to be proven at trial.

47.    As a direct and proximate cause of Defendant's negligence and wrongful misconduct, as set forth herein, Plaintiffs habr and will continue to incur expenses for medical care and treatment, as well as other expenses, as a result of the severe burns she suffered as a result of the incident. Plaintiffs are entitled to recover damages from Defendants for their past, present and future medical and other expenses in an amount which shall be proven at trial.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff demands judgment against the Defendant as follows:

A.  That Plaintiff has a trial by jury on all of the claims and issues;

B.  That judgment be entered in favor of the Plaintiff and against Defendant on all of the aforementioned claims and issues;

C.  That Plaintiff recover all damages against Defendant, general damages and special damages, including economic and non-economic, to compensate the Plaintiff for her

injuries and suffering sustained because of the use of the Defendants' defective pressure cooker;

D.  That all costs be taxed against Defendant;

E.  That prejudgment interest be awarded according to proof;

F.  That Plaintiff be awarded attorney's fees to the extent permissible under Federal and California law; and

G.  That this Court awards any other relief that it may deem equitable and just, or that may be available under the law of another forum to the extent the law of another forum is applied, including but not limited to all reliefs prayed for in this Complaint and in the foregoing Prayer for Relief.


**CLARK │VON PLONSKI │ANDERSON**

Dated: September 15, 2023

*/s/ Collen Clark*
COLLEN A. CLARK
State Bar No. 04309100
R. CONNOR BARBE
State Bar No. 241085
3500 Maple Avenue, Suite 1250
Dallas, Texas 75219
214-780-0500/214-780-0501 Fax
eservice@cvpalaw.com

*In association with:*

**JOHNSON BECKER, PLLC**

Adam J. Kress, Esq.
*Pro Hac Vice to be filed*
Anna Rick, Esq.
*Pro Hac Vice to be filed*
444 Cedar Street, Suite 1800
St. Paul, MN 55101
(612) 436-1800 /612-436-1801 (fax)
akress@johnsonbecker.com
arick@johnsonbecker.com

***Attorneys for Plaintiff***

10



# NINJA®

## OP300
### Series • Séries • Serié

**OWNER'S GUIDE**
**GUIDE DE L'UTILISATEUR**
**MANUAL DEL PROPIETARIO**

**FOODI®**
**TENDERCRISP™**
**PRESSURE COOKER**

**AUTOCUISEUR**
**FOODI®**
**TENDERCRISP™**

**FOODI®**
**OLLA A PRESIÓN**
**TENDERCRISP™**

ninjakitchen.com

ENGLISH

# THANK YOU
**for purchasing the Ninja® Foodi® TenderCrisp™ Pressure Cooker**



## REGISTER YOUR PURCHASE

 registeryourninja.com

 Scan QR code using mobile device

## RECORD THIS INFORMATION

Model Number:  _____

Serial Number:  _____

Date of Purchase: _____
(Keep receipt)

Store of Purchase:  _____

## TECHNICAL SPECIFICATIONS

Voltage:    120V~, 60Hz

Watts:      1460W

**TIP:** You can find the model and serial numbers on the QR code label on the back of the unit by the power cord.

# CONTENTS

**Important Safeguards**. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **2**

**Parts & Accessories**. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **6**

**Using the Control Panel** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **8**
Function Buttons . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8
Operating Buttons . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8

**Before First Use** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **9**
Installing the Condensation Collector . . . . . . . . . . . . . . . . . . . . . 9
Removing & Reinstalling the Anti-Clog Cap. . . . . . . . . . . . . . . . 9

**Using Your Foodi® TenderCrisp™ Pressure Cooker** . . . . . . . . **10**
Swap the Top. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10
Using the Crisping Lid . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10
Using the Cooking Functions with the Crisping Lid. . . . . . . . . . 10
    Air Crisp. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10
    Bake/Roast . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11
    Broil. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .12
    Dehydrate . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .13
Familiarizing Yourself With Pressure Cooking . . . . . . . . . . . . . . 14
Natural Pressure Release vs. Quick Pressure Release. . . . . . . . .15
Pressurizing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .15
Installing & Removing the Pressure Lid . . . . . . . . . . . . . . . . . . . . .15
Using the Cooking Functions with the Pressure Lid. . . . . . . . . .16
Pressure Cook . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .16
    Steam. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .17
    Slow Cook. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .18
    Yogurt  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .18
    Sear/Sauté. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .19
**Additional Accessories for Purchase**. . . . . . . . . . . . . . . . . . . . **20**

**Cleaning & Maintenance**. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **21**
Cleaning: Dishwasher & Hand-Washing. . . . . . . . . . . . . . . . . . . .21
Removing & Reinstalling the Silicone Ring . . . . . . . . . . . . . . . . .21

**Troubleshooting Guide**. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **22**

**Helpful Tips**. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **24**

**Replacement Parts** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **24**

**Warranty** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **25**

ENGLISH

# IMPORTANT SAFEGUARDS

**HOUSEHOLD USE ONLY • READ ALL INSTRUCTIONS BEFORE USE**

## ⚠ WARNING

**1** This appliance can be used by persons with reduced physical, sensory or mental capabilities or lack of experience and knowledge if they have been given supervision or instruction concerning use of the appliance in a safe way and understand the hazards involve

**2** Keep the appliance and its cord out of reach of children. **DO NOT** allow the appliance to be used by children. Close supervision is necessary when used near children.

**3** To eliminate a choking hazard for young children, discard all packaging materials immediately upon unpacking.

**4** **DO NOT** place appliance on a stovetop or hot surfaces or near gas or electric burner or in a heated oven.

**5** **DO NOT** use the appliance without the removable cooking pot installed.

**6** When removable cooking pot is empty, **DO NOT** heat it for more than 10 minutes, as doing so may damage the cooking surface.

**7** Children shall not play with the appliance.

**8** **NEVER** use electrical outlet below counter.

**9** **NEVER** connect this appliance to an external timer switch or separate remote-control system.

**10** **DO NOT** use an extension cord. A short power-supply cord is used to reduce the risk of children grabbing the cord or becoming entangled and to reduce the risk of people tripping over a longer cord.

**11** To protect against electrical shock **DO NOT** immerse cord, plugs, or main unit housing in water or other liquid. Cook only in the pot provided or in a container recommended by SharkNinja placed in the provided pot.

**12** Regularly inspect the appliance and power cord. **DO NOT** use the appliance if there is damage to the power cord or plug. If the appliance malfunctions or has been damaged in any way, immediately stop use and call Customer Service.

**13** **ALWAYS** ensure the appliance is properly assembled before use.

**14** Before use, **ALWAYS** check pressure release valve and float valve for clogging or obstruction and clean them if necessary. Check to make sure the float valve on the pressure lid moves freely. Foods such as apple sauce, cranberries, pearl barley, oatmeal or other cereals, split peas, noodles, macaroni, rhubarb, or spaghetti can foam, froth, and splutter when pressure cooked, clogging the pressure release valve. These and similar expanding foods (such as dried vegetables, beans, grains, and rice) should not be cooked in a pressure cooker, except when following a Ninja Foodi recipe.

**15** **DO NOT** cover the air intake vent, air exhaust vent or electrical outlet while crisping lid is closed. Doing so will prevent even cooking and may damage the unit or cause it to overheat.

**16** To prevent risk of explosion and injury, use only SharkNinja silicone rings. Make certain silicone ring is installed and lid is properly closed before operating. **DO NOT** use if torn or damaged. Replace silicone ring before using.

**17** Before placing removable cooking pot into the cooker base, ensure pot and cooker base are clean and dry by wiping with a soft cloth.

**18** This appliance is for household use only. **DO NOT** use this appliance for anything other than its intended use. **DO NOT** use in moving vehicles or boats. **DO NOT** use outdoors. Misuse may cause injury.

**19** Intended for worktop use only. Ensure the surface is level, clean and dry. **DO NOT** move the appliance when in use.

**20** **DO NOT** use accessory attachments not recommended or sold by SharkNinja. **DO NOT** place accessories in a microwave, toaster oven, convection oven, or conventional oven or on a ceramic cooktop, electric coil, gas burner range, or outdoor grill. The use of accessory attachments not recommended by SharkNinja may cause fire, electric shock, or injuries.

**21** When using this appliance, provide adequate space above and on all sides for air circulation.

**22** **ALWAYS** follow the maximum and minimum quantities of liquid as stated in instructions and recipes.

**23** **NEVER** use SLOW COOK setting without food and liquids in the removable cooking pot.

**24** **DO NOT** use this appliance for deep frying.

**25** **DO NOT** cover the pressure valves.

**26** **DO NOT** sauté or fry with oil while pressure cooking.

**27** Prevent food contact with heating elements. **DO NOT** overfill or exceed the MAX fill level of the pot and the Cook & Crisp Basket or Plate. Overfilling may cause personal injury or property damage or affect the safe use of the appliance.

**28** When pressure cooking foods that expand (such as dried vegetables, beans, grains, rice, etc.). **DO NOT** fill pot more than halfway, or as otherwise instructed in a Ninja® Foodi® recipe.

**29** **DO NOT** use this unit to cook instant rice.

**30** Electrical outlet voltages can vary, affecting the performance of your product. To prevent possible illness, use a thermometer to check that your food is cooked to the temperatures recommended.

**31** **DO NOT** place the appliance near the edge of a worktop during operation.

**32** To avoid possible steam damage, place the unit away from walls and cabinets during use.

**33** Should the unit emit black smoke, unplug immediately and wait for smoking to stop before removing the cooking pot and Cook & Crisp™ Basket or Plate.

**34** **DO NOT** touch hot surfaces. Appliance surfaces are hot during and after operation. To prevent burns or personal injury, **ALWAYS** use protective hot pads or insulated oven mitts and use available handles and knobs.

**35** Extreme caution must be used when the cooker contains hot food or hot liquids and/or if the cooker is under pressure. Improper use, including moving the cooker, may result in personal injury such as serious burns. When using this appliance to pressure cook, ensure the lid is properly assembled and locked into position before use. Food are under extreme pressure during pressure cooking. Failure to follow all instructions regarding proper usage of the product may result in unintended contact with hot foods or liquids that have been pressurized, resulting in serious burns.

# SAVE THESE INSTRUCTIONS

# IMPORTANT SAFEGUARDS

**HOUSEHOLD USE ONLY • READ ALL INSTRUCTIONS BEFORE USE**

**ENGLISH**

**36** Caution should be used when searing meats and sautéing. Keep hands and face away from the removable cooking pot, especially when adding new ingredients, as hot oil may splatter.

**37** When unit is in operation, hot steam is released through the air exhaust vent. Place unit so vent is not directed toward the power cord, electrical outlets, cabinets or other appliances. Keep your hands and face at a safe distance from vent.

**38 DO NOT** tamper with, disassemble, or otherwise remove the float valve or pressure release assembly.

**39 DO NOT** attempt to open the lid during or after pressure cooking until all internal pressure has been released through the pressure release valve and the unit has cooled slightly. Remove lid promptly to avoid re-pressurization of the inner pot.

**40 DO NOT** use Pressure Lid when Sear/Sauté function is selected.

**41** If using SLOW COOK setting, **ALWAYS** keep the pressure lid closed and the pressure release valve in the VENT position. If the lid is closed and the pressure release valve is in the SEAL position, an audible alarm will sound. "VENT" error code will appear on LED display to signal the need to turn the pressure release valve to the VENT position.

**42** When using the PRESSURE COOK setting, **ALWAYS** keep the pressure lid locked and the pressure release valve turned anticlockwise to the SEAL position.

**43** If the lid will not turn to unlock, this indicates the appliance is still under pressure. **DO NOT** intentionally press down on float valve. Any pressure remaining can be hazardous. Let unit naturally release pressure or turn the Pressure Release Valve slowly to the VENT position to release steam. Take care to avoid contact with the releasing steam to avoid burns or injury. When steam is completely released the float valve will be in the lower position allowing the lid to be removed. If steam does not release when the pressure release valve is moved to vent, unplug the unit from the wall and let the unit naturally release pressure.

**44** Spilled food can cause serious burns. Keep appliance and cord away from children. **DO NOT** let cord hang over edge of tables or counters or touch hot surfaces.

**45** Serious burns can result from the steam and hot foods inside the inner pot. **ALWAYS** keep hands, face, and other body parts away from the pressure release valve prior to or during pressure release and when removing the pressure lid after cooking.

**46** When removing the lid, **DO NOT** lift the lid straight up as this may not release the seal between the lid and pot, increasing the risk of food splashing.

**47 ALWAYS** tilt the lid so that it is between your body and the inner pot so that you can be shielded from steam and hot liquids.

**48** The cooking pot, Cook & Crisp™ Basket or Plate, and reversible rack become extremely hot during the cooking process. Avoid hot steam and air while removing the cooking pot and Cook & Crisp™ Basket or Plate from the appliance, and **ALWAYS** place them on a heat resistant surface after removing. **DO NOT** touch accessories during or immediately after cooking.

**49** Removable cooking pot can be extremely heavy when full of ingredients. Care should be taken when lifting pot from cooker base.

**50** Cleaning and user maintenance shall not be made by children.

**51** Let the appliance cool for approximately 30 minutes before handling, cleaning, or storing.

**52** To disconnect, turn any control to OFF, then unplug from electrical outlet when not in use and before cleaning. Allow to cool before cleaning, disassembly, putting in or taking off parts and for storage

**53 DO NOT** clean with metal scouring pads. Pieces can break off the pad and touch electrical parts, creating a risk of electric shock.

**54** Please refer to the Cleaning & Maintenance section for regular maintenance of the appliance.

 Indicates to read and review instructions to understand operation and use of product.

 Indicates the presence of a hazard that can cause personal injury, death or substantial property damage if the warning included with this symbol is ignored.

 Take care to avoid contact with hot surface. Always use hand protection to avoid burns.

For indoor and household use only.

# SAVE THESE INSTRUCTIONS

# PARTS & ACCESSORIES

**ENGLISH**

## PARTS

A   Reversible Rack

B   Cook & Crisp™ Basket

C   Detachable Diffuser

D   6.5-Quart Removable Cooking Pot

E   Crisping Lid

F   Heat Shield

G   Control Panel

H   Cooker Base

I   Pressure Lid

J   Pressure Release Valve

K   Red Float Valve

L   Silicone Ring

M   Anti-Clog Cap

N   Air Outlet Vent

O   Condensation Collector















Underside of Pressure Lid



## ACCESSORIES (SOLD SEPARATELY)

P   Cook & Crisp™ Layered Insert

Q   Multi-Purpose Pan

R   Roasting Rack Insert

S   Dehydrating Rack

T   Loaf Pan

U   Crisper Pan













# USING THE CONTROL PANEL



TEMP △ ▽    HH:MM    TIME △ ▽

🔁 〰️

**FUNCTION**

PRESSURE | STEAM | SLOW COOK YOGURT | SEAR/SAUTÉ

**TENDERCRISP**
AIR CRISP | BAKE/ROAST | BROIL | DEHYDRATE

KEEP WARM | START STOP | ⏻

**NOTE:** Control panel may differ per model.

## FUNCTION BUTTONS

**PRESSURE:** Use to cook food quickly while maintaining tenderness.

**STEAM:** Use to gently cook delicate foods at a high temperature.

**SLOW COOK:** Cook your food at a lower temperature for longer periods of time.

**YOGURT:** Pasteurize and ferment milk for creamy homemade yogurt.

**SEAR/SAUTÉ:** To use the unit as a stovetop for browning meats, sautéing veggies, simmering sauces, and more.

**AIR CRISP:** To use the unit as an air fryer to give foods crispiness and crunch with little to no oil.

**BAKE/ROAST:** To use the unit as an oven for tender meats, baked treats, and more.

**BROIL:** Use to caramelize and brown your food.

**DEHYDRATE:** Dehydrate meats, fruits, and vegetables for healthy snacks.

**NOTE:** The DEHYDRATE function is not included on all models.

## OPERATING BUTTONS

**TEMP arrows:** Use the up and down TEMP arrows to adjust the cook temperature and/or pressure level.

**TIME arrows:** Use the up and down TIME arrows to adjust the cook time.

**NOTE:** While cooking, to adjust temp or time, use the up and down arrows. The unit will then resume at those settings.

**START/STOP button:** Press the START/STOP button after selecting your temperature (or pressure) and time to start cooking. Pressing this button while the unit is cooking will stop the function.

**KEEP WARM button:** After pressure cooking, steaming, or slow cooking, the unit will automatically switch to Keep Warm mode and start counting up. Keep Warm will stay on for 12 hours, or you may press KEEP WARM to turn it off. Keep Warm mode is not intended to warm food from a cold state but to keep it warm at a food-safe temperature.

**POWER button:** The Power button shuts the unit off and stops all cooking modes.

## STANDBY MODE

After 10 minutes with no interaction with the control panel, the unit will enter standby mode.

# BEFORE FIRST USE

**1** Remove and discard any packaging material, promotional labels, and tape from the unit.

**2** Remove all accessories from the package and read this manual carefully. Please pay particular attention to operational instructions, warnings, and important safeguards to avoid any injury or property damage.

**3** Wash the pressure lid, silicone ring, removable cooking pot, Cook & Crisp™ Basket, reversible rack, and condensation collector in hot, soapy water, then rinse and dry thoroughly. **NEVER** clean the cooker base or pressure lid in the dishwasher. Inspect the pressure lid to ensure there is no debris blocking the valves.

**4** The silicone ring is reversible and can be inserted in either direction. Insert the silicone ring around the outer edge of the silicone ring rack on the underside of the lid. Ensure it is fully inserted and lies flat under the silicone ring rack.



## INSTALLING THE CONDENSATION COLLECTOR

To install the condensation collector, slide it into the slot on the cooker base. Slide it out to remove it for hand-washing after each use.



**NOTE:** Prior to each use, make sure the silicone ring is well seated in the silicone ring rack and the anti-clog cap is mounted properly on the pressure release valve.

## REMOVING & REINSTALLING THE ANTI-CLOG CAP

Make sure your anti-clog cap is in the correct position before using the pressure lid. The anti-clog cap protects the inner valve of the pressure lid from clogging and protects users from potential food splatters. It should be cleaned after every use with a cleaning brush. To remove, hold the anti-clog cap between your thumb and bent index finger, then rotate your wrist clockwise. To reinstall, position it in place and press down.







# USING YOUR FOODI®
# TENDERCRISP™ PRESSURE COOKER

## SWAP THE TOP

The two lids allow you to seamlessly transition between all your favorite cooking methods. Use the pressure lid to tenderize, then use the crisping lid to crisp up your food.

## USING THE CRISPING LID

The crisping lid is affixed to the unit by a hinge and features an easy-open design. The lid can be opened during any convection cooking function so you can check on and access the ingredients. When the lid is opened, cooking will stop, the timer will pause, and the heating element in the lid will turn off. When the lid is closed, cooking will begin again and the timer will resume counting down.

## USING THE COOKING FUNCTIONS WITH THE CRISPING LID

To turn on the unit, plug the power cord into a wall outlet, then press the Power button.

### Air Crisp

**1** Press the AIR CRISP button. The default temperature setting will display. Use the up and down TEMP arrows to choose a temperature between 300°F and 400°F.



**2** Use the up and down TIME arrows to set the cook time in minute increments up to 1 hour.



**3** With the pot installed, place either the Cook & Crisp™ Basket or reversible rack in the pot. Basket should have diffuser attached.



OR

**NOTE:** It is recommended to let the unit preheat for 5 minutes before adding ingredients. If preheating, before step 4, close the lid, and press the START/STOP button to begin.

**4** Add ingredients to the Cook & Crisp™ Basket or reversible rack. Close the lid and press the START/STOP button to begin cooking.



**5** During cooking, you can open the lid and lift out the basket to shake or toss ingredients for even browning, if needed. When done, lower basket back into pot and close lid. Cooking will automatically resume after lid is closed.



**NOTE:** If you press the STOP during Air Crisp Mode, the unit will wait 10 seconds before entering Standby mode.

**6** When cook time is complete, the unit will beep.

### Bake/Roast

**1** Press the BAKE/ROAST button. The default temperature setting will display. Use the up and down TEMP arrows to choose a temperature between 250°F and 400°F.



**2** Use the up and down TIME arrows to set the cook time in minute increments up to 4 hours. After 1 hour, you may increase the time in 5-minute increments up to 4 hours.



**NOTE:** If running for 1 hour or less, the clock will count down by minutes and seconds. If running for more than 1 hour, the clock will count down by minutes only.

**NOTE:** It is recommended to let the unit preheat for 5 minutes before adding ingredients. If preheating, before step 3, close the lid, and press the START/STOP button to begin.

**3** Add ingredients, along with any accessories called for in your recipe, to the pot. Close the lid and press the START/STOP button to begin cooking.

**4** When cook time is complete, the unit will beep.

# USING YOUR FOODI®
# TENDERCRISP™ PRESSURE COOKER – CONT.

## Broil

**1** Press the BROIL button.



**NOTE:** There is no temperature adjustment available or necessary when using the Broil function.

**2** Use the up and down TIME arrows to set the cook time in minute increments up to 30 minutes.



**3** Place the reversible rack in the pot in the upper broil position or follow directions per recipe.



**4** Place ingredients on the rack, then close the lid.



**5** Press the START/STOP button to begin cooking.



**6** When cook time is complete, the unit will beep.

## Dehydrate

**NOTE:** The DEHYDRATE function is not included on all models.

**1** Press the DEHYDRATE button. The default temperature setting will display. Use the up and down TEMP arrows to choose a temperature between 105°F and 195°F.



**2** Use the up and down TIME arrows to set the cook time in 15-minute increments up to 12 hours.



**3** Place the ingredients on the bottom of the Cook & Crisp™ Basket.



**4** If included in your model or purchased separately, add ingredients to the Cook & Crisp Layered Insert* in the Cook & Crisp Basket to create two levels for dehydrating.



**NOTE:** For 5 levels of capacity, use the dehydrating rack** directly in the cooking pot.

**5** Press the START/STOP button to begin dehydrating.



**6** When cook time is complete, the unit will beep.

*If the Cook & Crisp Layered Insert is not included with your unit, it can be purchased on ninjaaccessories.com.

**The dehydrating rack is sold separately on ninjaaccessories.com.

# USING YOUR FOODI®
# TENDERCRISP™ PRESSURE COOKER – CONT.

ENGLISH

## FAMILIARIZING YOURSELF WITH PRESSURE COOKING

In order to familiarize yourself with the Pressure Cook function and start cooking, it is highly recommended for first-time users to do an initial run.

**1** Place the pot in the cooker base and add 3 cups room-temperature water to the pot.



**2** Assemble the pressure lid by aligning the arrow on the front of the lid with the arrow on the front of the cooker base. Then turn the lid clockwise until it locks into place.



**3** Make sure the pressure release valve on the lid is in the SEAL position.



**4** Press the PRESSURE button, the unit will default to high (HI) pressure. Set the time to 2 minutes and press the START/STOP button to begin.



**5** Your Foodi will begin to build pressure, indicated by the rotating lights. The unit will begin counting down when it is fully pressurized.



**6** When the countdown is finished, the Foodi will beep, automatically switch to the Keep Warm mode, and begin counting up.



**7** Turn the pressure release valve to the VENT position to quick release the pressurized steam. A quick burst of steam will spurt out of the pressure release valve. When steam is completely released, the unit will be ready to open.



## NATURAL PRESSURE RELEASE VS. QUICK PRESSURE RELEASE

**Natural Pressure Release:** When pressure cooking is complete, steam will naturally release from the unit as it cools down. This can take up to 20 minutes or more, depending on the amount of liquid and food in the pot. During this time, the unit will switch to Keep Warm mode. Press the KEEP WARM button if you would like to turn Keep Warm mode off. When natural pressure release is complete, the red float valve will drop down.

**Quick Pressure Release:** Use **ONLY** if your recipe calls for it. When pressure cooking is complete and the KEEP WARM light is on, turn the pressure release valve to the VENT position to instantly release pressure through the valve.

Even after releasing pressure naturally or using the pressure release valve, some steam will remain in the unit and will escape when the lid is opened. Lift and tilt it away from you, making sure no condensation drips into the cooker base.



> **NOTE:** At any time during the natural release process, you can switch to quick release by turning the pressure release valve to the VENT position.

## PRESSURIZING

As pressure builds in the unit, the control panel will display rotating lights. Pressurizing time varies, depending on the amount of ingredients and liquid in the pot. As the unit pressurizes, the lid will lock as a safety measure, and it will not unlock until pressure is released. Once the unit has reached full pressure, the lid pressure icon light will glow steadily. The pressure cooking cycle will begin and the timer will start counting down.

 

## INSTALLING & REMOVING THE PRESSURE LID

Place the pressure lid on top of the unit with the ▌ on the lid and the ▌ on the base lined up evenly. Turn the lid clockwise until it locks in place.

To unlock the pressure lid, turn it counterclockwise. Lift the lid at an angle to prevent splatter. Do not lift the lid straight up.

> **NOTE:** The pressure lid will not unlock until the unit is completely depressurized.







# USING YOUR FOODI®
# TENDERCRISP™ PRESSURE COOKER – CONT.

ENGLISH

## USING THE COOKING FUNCTIONS WITH THE PRESSURE LID

To turn on the unit, plug the power cord into a wall outlet, then press the Power button.

### Pressure Cook

**1** Place ingredients and at least ¹/₂ cup of liquid in the pot, including an accessory if your recipe calls for it. **DO NOT** exceed the line marked PRESSURE MAX when pressure cooking.



**NOTE:** When cooking rice, beans, or other ingredients that expand, **DO NOT** fill the pot more than halfway.

**2** Follow the instructions on page 15 to install the pressure lid. Turn the pressure release valve to the SEAL position.



**3** Press the PRESSURE button. The default pressure level will display. Use the up and down TEMP arrows to select either HIGH or LOW.



**NOTE:** If running for 1 hour or less, the clock will count down by minutes and seconds. If running for more than 1 hour, the clock will count down by minutes only.

**4** Use the up and down TIME arrows to set the cook time in 1-minute increments up to 1 hour, and in 5-minute increments from 1 hour to 4 hours.



**5** Press the START/STOP button. The display will show rotating lights during this time. When the unit reaches the proper temperature, the time you set will begin counting down.



**6** When cook time is complete, the unit will beep, automatically switch to Keep Warm mode, and start counting up from 00:00.



**NOTE:** After Pressure Cooking is complete, you may press the KEEP WARM button to turn the Keep Warm mode off.

**7** Let the unit naturally release pressure or, if the recipe instructs, turn the pressure release valve to the VENT position, quickly releasing steam through the valve.



### Steam

**1** Add at least 1 cup of liquid (or the amount stated in your recipe) to the pot. Add the Cook & Crisp basket or Reversible Rack to the pot, followed by ingredients.



OR

**2** Follow the instructions on page 15 to install the pressure lid. Turn the pressure release valve to the VENT position.



**3** Press the STEAM button. Use the up and down TIME arrows to set the cook time in minute increments up to 30 minutes.



**NOTE:** There is no temperature adjustment available or necessary when using the Steam function.

**4** Press the START/STOP button.

**5** The unit will automatically preheat to bring the steaming liquid to a boil. The display will show rotating lights during this time. When the unit reaches the proper temperature, the time you set will begin counting down.



**6** When cook time is complete, the unit will beep and automatically switch to Keep Warm mode. If the red float valve pops up, wait for it to drop and then you can open the lid.



**NOTE:** After Steam cooking is complete, you may press the KEEP WARM button to turn the Keep Warm mode off.

# USING YOUR FOODI®
# TENDERCRISP™ PRESSURE COOKER – CONT.

ENGLISH

## Slow Cook

**1** Add ingredients to the pot. **DO NOT** exceed the line marked MAX when slow cooking.

**2** Follow the instructions on page 15 to install pressure lid. Turn the pressure release valve to the VENT position.



**3** Press the SLOW COOK button. The default temperature setting will display. Use the up and down TEMP arrows to select either Slow Cook HIGH or LOW.



**4** Use the up and down TIME arrows to set the cook time in 15-minute increments up to 12 hours.



**5** Press the START/STOP button to begin cooking.

**NOTE:** The Slow Cook HIGH time setting may be adjusted anywhere between 4 and 12 hours; the Slow Cook LOW time setting may be adjusted anywhere between 6 and 12 hours.

**6** When cook time is complete, the unit will beep and automatically switch to Keep Warm mode.

## Yogurt

**1** Add desired amount of milk to the pot.

**NOTE:** If you prefer to pasteurize, cool, and add cultures without using the unit, skip steps 1–9. Instead, press the TEMP up arrow to select FMNT, then press the TIME arrows to select desired incubation time. Press START/STOP to begin, then follow steps 10 and 11.

**2** Install the pressure lid and turn the pressure release valve to the VENT position.



**3** Press SLOW COOK/YOGURT twice until YGRT appears on the screen. Press the TEMP arrows up or down to select YGRT or FMNT.



**4** Press the TIME arrows to adjust the incubation time in 30-minute increments between 8 and 12 hours.



**NOTE:** Selecting a longer time will lead to tangier yogurt with a thicker consistency. Use 12 hours to achieve Greek-style yogurt.

**5** Press START/STOP to begin pasteurization.

**6** Unit will display BOIL while pasteurizing. When pasteurization temperature is reached, the unit will beep and display COOL.



**7** Once the milk has cooled, the unit will display ADD and STIR in succession.



**8** Remove the pressure lid and skim the top of the milk.

**9** Add yogurt cultures to milk and stir to combine. Install the pressure lid (valve may be in VENT or SEAL position) and press START/STOP to begin incubation process.



**10** The display will begin counting down. When incubation time is complete, the unit will beep and display DONE.

**11** Chill yogurt up to 12 hours before serving.

## Sear/Sauté

**1** Add ingredients to the pot.



**2** Press the SEAR/SAUTÉ button. The default temperature setting will display. Use the up and down TEMP arrows to select one of the setting options (low, medium-low, medium, medium-high, or high).



**NOTE:** There is no time adjustment available or necessary when using the Sear/Sauté function.

**3** Press the START/STOP button to begin cooking.

**4** To turn off the Sear/Sauté function, press the START/STOP button. To switch to a different cooking function, press the corresponding function button.

**NOTE:** You can use this function with either the crisping lid in the open position or the pressure lid with the pressure release valve in the VENT position.

**NOTE: ALWAYS** use nonstick utensils in the cooking pot. **DO NOT** use metal utensils, as they will scratch the nonstick coating on the pot.

# ADDITIONAL ACCESSORIES FOR PURCHASE

We offer a suite of accessories custom made for your Ninja® Foodi® TenderCrisp™ Pressure Cooker. Visit **ninjaaccessories.com** to expand your capabilities and take your cooking to the next level.

### Multi-Purpose Pan



- With this pan, you can create bubbly casseroles, dips, and sweet and savory pies, or bake a fluffy, moist cake with a golden top for dessert.
- Dimensions: 8.75" D x 2.5" H

### Roasting Rack Insert



- Use this rack in the Cook & Crisp™ Basket to crisp up shells on Taco Tuesday, roast a rack of ribs on BBQ Sunday, or evenly toast garlic bread on pasta night.

### Cook & Crisp™ Layered Insert



- Increases the capacity of the Cook & Crisp Basket so you can create layered meals and do basic dehydrating.
- Keep multiple foods separated while you cook them. Reheat slices of pizza, and cook frozen French fries, chicken nuggets, hamburgers, and more.

### Dehydrating Rack



- 5 stackable layers enable you to dehydrate fruits and meats or make crispy kale and vegetable chips.

### Crisper Pan



- Perforated with holes for improved airflow, this pan is great for crisping and reheating pizzas, quesadillas, and vegetables.
- Dimensions: 9" D x 0.75" H

### Loaf Pan



- Our specially designed pan is the perfectly sized baking accessory for bread mixes like banana and zucchini.
- Dimensions: 8.25" x 4.25" x 3.5"

### Extra Pack of Silicone Rings



- 2-pack silicone ring set helps keep flavors separate—use one when cooking savory foods and the other when cooking sweet foods.

# CLEANING & MAINTENANCE



### Cleaning: Dishwasher & Hand-Washing

The unit should be cleaned thoroughly after every use.

1  Unplug the unit from the wall outlet before cleaning.

2  **NEVER** put the cooker base in the dishwasher, or immerse it in water or any other liquid.

3  To clean the cooker base and the control panel, wipe them clean with a damp cloth.

4  The cooking pot, pressure lid, silicone ring, and Cook & Crisp™ Plate can be washed in the dishwasher.

> **NOTE: DO NOT** take apart the pressure release valve or red float valve assembly.

5  To clean the crisping lid, wipe it down with a wet cloth or paper towel after the heat shield cools.

6  If food residue is stuck on the cooking pot, reversible rack, or Cook & Crisp Basket, fill the pot with water and allow to soak before cleaning. **DO NOT** use scouring pads. If scrubbing is necessary, use a non-abrasive cleanser or liquid dish soap with a nylon pad or brush.

7  Air-dry all parts after each use.



Silicone Ring

Silicone Ring Rack

### Removing & Reinstalling the Silicone Ring

To remove the silicone ring, pull it outward, section by section, from the silicone ring rack. The ring can be installed with either side facing up. To reinstall, press it down into the rack section by section.

After use, remove any food debris from the silicone ring and anti-clog cap.

**Keep the silicone ring clean to avoid odor.** Washing it in warm, soapy water or in the dishwasher can remove odor. However, it is normal for it to absorb the smell of certain acidic foods. It is recommended to have more than one silicone ring on hand. You can purchase additional silicone rings on **ninjaaccessories.com**.

**NEVER** pull out the silicone ring with excessive force, as that may deform it and the rack and affect the pressure-sealing function. A silicone ring with cracks, cuts, or other damage should be replaced immediately.

# TROUBLESHOOTING GUIDE

**Why is my unit taking so long to come to pressure? How long does it take to come to pressure?**

• Cooking times may vary based on the selected temperature, current temperature of the cooking pot, and temperature or quantity of the ingredients.

• Check to make sure your silicone ring is fully seated and flush against the lid. If installed correctly, you should be able to tug lightly on the ring to rotate it.

• Check that the pressure lid is fully locked, and the pressure release valve is in the SEAL position when pressure cooking.

**Why is the time counting down so slowly?**

• You may have set hours rather than minutes. When setting time, the display will show HH:MM and the time will increase/decrease in minute increments.

**How can I tell when the unit is pressurizing?**

• The rotating lights will display on the screen to indicate the unit is building pressure.

**Lights are rotating on the display screen when using the Pressure or Steam function.**

• This indicates the unit is building pressure or preheating when using STEAM or PRESSURE. When the unit has finished building pressure, your set cook time will begin counting down.

**There is a lot of steam coming from my unit when using the Steam function.**

• It's normal for steam to release through the pressure release valve during cooking. Leave the pressure release valve in the VENT position for Steam, Slow Cook, and Sear/Sauté.

**Why can't I take the pressure lid off?**

• As a safety feature, the pressure lid will not unlock until the unit is completely depressurized. To release pressure, turn the pressure release valve to the VENT position to quick release the pressurized steam. A quick burst of steam will spurt out of the pressure release valve. When the steam is completely released, the unit will be ready to open. To unlock the pressure lid, turn it counterclockwise. Lift the lid at an angle to prevent splatter. Do not lift the lid straight up.

**Is the pressure release valve supposed to be loose?**

• Yes. The pressure release valve's loose fit is intentional; it enables a quick and easy transition between SEAL and VENT and helps regulate pressure by releasing small amounts of steam during cooking to ensure great results. Please make sure it is turned as far as possible toward the SEAL position when pressure cooking and as far as possible toward the VENT position when quick releasing.

**The unit is hissing and not reaching pressure.**

• Make sure the pressure release valve is turned to the SEAL position. If you've done this and still hear a loud hissing noise, it may indicate your silicone seal is not fully in place. Press START/STOP to stop cooking, VENT as necessary, and remove the pressure lid. Press down on the silicone ring, ensuring it is fully inserted and lies flat under the ring rack. Once fully installed, you should be able to tug lightly on the ring to rotate it.

**The unit is counting up rather than down.**

• The cooking cycle is complete and the unit is in Keep Warm mode.

**How long does the unit take to depressurize?**

• The time it takes to release pressure depends on the quantity of food in the unit and can vary from recipe to recipe. Always ensure the float valve has dropped before trying to remove the lid. If the unit is taking longer than normal to depressurize, unplug the unit and wait until the float valve drops before removing the lid.

**"POT" error message appears on display screen.**

• Cooking pot is not inside the cooker base. Cooking pot is required for all functions.

**"LID" error message appears on display screen and lid icon flashes.**

• The incorrect lid is installed for your desired cooking function. Place the pressure lid on the unit if you want to use the Pressure, Slow Cook, Steam, Sear/Sauté, or Keep Warm functions and ensure it is in the closed position.

**"SHUT" error message appears on display screen.**

• The crisping lid is open and needs to be closed for the selected function to start.

**"VENT" error message appears on display screen.**

• When set to Slow Cook or Sear/Sauté, and the unit senses pressure building up, this message indicates the pressure release valve is in the SEAL position.

• Turn the pressure release valve to the VENT position and leave it there for the remainder of the cooking function.

• If you do not turn the pressure release valve to the VENT position within 5 minutes, the program will cancel and the unit will shut off.

**"WATR" error message appears on display screen when using the Steam function.**

• The water level is too low. Add more water to the unit for the function to continue.

**"WATR" error message appears on display screen when using the Pressure function.**

• Add more liquid to the cooking pot before restarting the pressure cook cycle.

• Make sure the pressure release valve is in the SEAL position.

• Make sure the silicone ring is installed correctly.

**"ERR1," "ERR2," "ERR3," "ERR4," "ERR5," "ERR8."**

• The unit is not functioning properly. Please contact Customer Service at 1-877-646-5288.

# HELPFUL TIPS

- For consistent browning, make sure ingredients are arranged in an even layer in the Cook & Crisp™ Plate or cooking pot with no overlapping. If ingredients are overlapping, make sure to shake them halfway through the set cook time.

- For smaller ingredients that could fall through the broil rack, we recommend first placing them on parchment paper or foil.

- When switching from pressure cooking to using the crisping lid, we recommend emptying the pot of any remaining liquid for best crisping results.

- Press and hold down the TIME up or down arrow to get to your desired time faster.

- Use the Keep Warm mode to keep food at a warm, food-safe temperature after cooking. To prevent food from drying out, we recommend keeping the pressure lid closed and using this function just before serving. To reheat cold food, use the Air Crisp function.

# REPLACEMENT PARTS

To order additional parts and accessories, visit **ninjaaccessories.com** or contact Customer Service at 1-877-646-5288.



## ONE (1) YEAR LIMITED WARRANTY

The One (1) Year Limited Warranty applies to purchases made from authorized retailers of **SharkNinja Operating LLC.** Warranty coverage applies to the original owner and to the original product only and is not transferable.

SharkNinja warrants that the unit shall be free from defects in material and workmanship for a period of one (1) year from the date of purchase when it is used under normal household conditions and maintained according to the requirements outlined in the Owner's Guide, subject to the following conditions and exclusions:

**What is covered by this warranty?**
1. The original unit and/or non-wearable parts deemed defective, in SharkNinja's sole discretion, will be repaired or replaced up to one (1) year from the original purchase date.

2. In the event a replacement unit is issued, the warranty coverage ends six (6) months following the receipt date of the replacement unit or the remainder of the existing warranty, whichever is later. SharkNinja reserves the right to replace the unit with one of equal or greater value.

**What is not covered by this warranty?**
1. Normal wear and tear of wearable parts (such as blending vessels, lids, cups, blades, blender bases, removable pots, racks, pans, etc.), which require regular maintenance and/or replacement to ensure the proper functioning of your unit, are not covered by this warranty. Replacement parts are available for purchase at **ninjaaccessories.com**.

2. Any unit that has been tampered with or used for commercial purposes.

3. Damage caused by misuse, abuse, negligent handling, failure to perform required maintenance (e.g., failure to keep the well of the motor base clear of food spills and other debris), or damage due to mishandling in transit.

4. Consequential and incidental damages.

5. Defects caused by repair persons not authorized by SharkNinja. These defects include damages caused in the process of shipping, altering, or repairing the SharkNinja product (or any of its parts) when the repair is performed by a repair person not authorized by SharkNinja.

6. Products purchased, used, or operated outside North America.

**How to get service**
If your appliance fails to operate properly while in use under normal household conditions within the warranty period, visit **ninjakitchen.com/support** for product care and maintenance self-help. Our Customer Service Specialists are also available at **1-877-646-5288** to assist with product support and warranty service options, including the possibility of upgrading to our VIP warranty service options for select product categories. So we may better assist you, please register your product online at **registeryourninja.com** and have the product on hand when you call.

SharkNinja will cover the cost for the customer to send in the unit to us for repair or replacement. A fee of $19.95 (subject to change) will be charged when SharkNinja ships the repaired or replacement unit.

**How to initiate a warranty claim**
You must call **1-877-646-5288** to initiate a warranty claim. You will need the receipt as proof of purchase. We also ask that you register your product online at **registeryourninja.com** and have the product on hand when you call, so we may better assist you. A Customer Service Specialist will provide you with return and packing instruction information.

**How state law applies**
This warranty gives you specific legal rights, and you also may have other rights that vary from state to state. Some states do not permit the exclusion or limitation of incidental or consequential damages, so the above may not apply to you.

# MERCI
**d'avoir acheté l'autocuiseur Ninja® Foodi® TenderCrisp™**



## ENREGISTREZ VOTRE ACHAT

 registeryourninja.com

 Numérisez le code QR avec votre appareil mobile

## CONSIGNEZ CES RENSEIGNEMENTS

Numéro de modèle : _____

Numéro de série : _____

Date d'achat : _____
(Conservez la facture)

Magasin où l'appareil
a été acheté : _____

## CARACTÉRISTIQUES TECHNIQUES

Tension :            120V~, 60Hz

Puissance :       1460 W

**CONSEIL :** Le numéro de modèle et le numéro de série apparaissent sur l'étiquette de code QR qui est située à l'arrière de l'appareil, à côté du cordon d'alimentation.

# TABLE DES MATIÈRES

**Consignes de sécurité importantes** . . . . . . . . . . . . . . . . . . . . **28**

**Pièces et accessoires** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **32**

**Utilisation du panneau de commande** . . . . . . . . . . . . . . . . . . **34**
Boutons des fonctions . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 34
Boutons de commande . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 34

**Avant la première utilisation** . . . . . . . . . . . . . . . . . . . . . . . . . . **35**
Installation du collecteur de condensation . . . . . . . . . . . . . . . . 35
Retrait et réinstallation du bouchon anti-colmatage . . . . . . . . 35

**Utilisation de votre autocuiseur Foodi® TenderCrisp™** . . . . . **36**
Utilisation des couvercles . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 36
Utilisation du couvercle de cuisson croustillante . . . . . . . . . . . 36
Utilisation des fonctions de cuisson avec le couvercle
de cuisson croustillante . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 36
          Air Crisp (croustillant par convec.) . . . . . . . . . . . . . . . . 36
          Bake/Roast (cuire au four/rôtir) . . . . . . . . . . . . . . . . . . 37
          Broil (griller) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 38
          Dehydrate (déshydrater) . . . . . . . . . . . . . . . . . . . . . . . . 39
Se familiariser avec la cuisson sous pression . . . . . . . . . . . . . . 40
Libération naturelle de la pression par rapport à
libération rapide de la pression . . . . . . . . . . . . . . . . . . . . . . . . . . .41
Pressurisation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .41
Installation et retrait du couvercle à pression . . . . . . . . . . . . . . .41
Utilisation des fonctions de cuisson avec le couvercle
à pression . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 42
          Pressure Cook (cuisson sous pression) . . . . . . . . . . . . . . 42
          Steam (vapeur) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 43
          Slow Cook (mijoter) . . . . . . . . . . . . . . . . . . . . . . . . . . . . 44
          Yogurt (yogourt) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 44
          Sear/Sauté (saisir/faire sauter) . . . . . . . . . . . . . . . . . . . . 45

**Accessories Supplémentaires offerts à l'achat** . . . . . . . . . . **46**

**Nettoyage et entretien** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **47**
Nettoyage : Lave-vaisselle et lavage à la main . . . . . . . . . . . . . 47
Retrait et réinstallation du joint en silicone . . . . . . . . . . . . . . . . 47

**Guide de dépannage** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **48**

**Conseils utiles** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **50**

**Pièces de rechange** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **50**

**Garantie** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **51**

# CONSIGNES DE SÉCURITÉ IMPORTANTES

**POUR USAGE DOMESTIQUE UNIQUEMENT**
**VEUILLEZ LIRE TOUTES LES INSTRUCTIONS AVANT UTILISATION**

[i] **Lisez et étudiez les instructions de fonctionnement et d'utilisation.**

⚠ **Prenez soin d'éviter de toucher toute surface chaude. Protégez-vous toujours les mains pour éviter de vous brûler.**

⌂ **Pour usage intérieur et domestique seulement.**

**Lors de l'utilisation d'appareils électriques, des mesures de sécurité de base doivent toujours être suivies, y compris les suivantes :**

# ⚠ AVERTISSEMENT

**1** Cet appareil peut être utilisé par des personnes dont les capacités physiques, sensorielles ou mentales sont réduites ou qui manquent d'expérience et de connaissances seulement si elles ont été supervisées ou instruites par rapport à l'utilisation sécuritaire de l'appareil et si elles comprennent les dangers possibles.

**2** Gardez l'appareil et son câble hors de la portée des enfants. Ne laissez pas les enfants se servir de l'appareil. Une surveillance étroite est nécessaire lorsque l'appareil est utilisé en présence d'enfants.

**3** Pour éliminer un risque de suffocation pour les jeunes enfants, enlevez et éliminez de façon sécuritaire le couvercle protecteur de la fiche d'alimentation de cet appareil.

**4** Les enfants ne doivent pas jouer avec l'appareil.

**5** **N'UTILISEZ JAMAIS** de prise en dessous du comptoir.

**6** **NE CONNECTEZ JAMAIS** cet appareil à un interrupteur à minuterie externe ni à un système séparé de commande à distance.

**7** **N'UTILISEZ PAS** de rallonge électrique avec cet appareil. Le cordon d'alimentation de cet appareil est court de façon à empêcher qu'un enfant ne le saisisse et s'y emmêle ou qu'une personne trébuche sur celui-ci.

**8** Pour protéger contre les électrocutions, **N'IMMERGEZ PAS** le cordon, les fiches, ni le boîtier de l'unité principale dans l'eau ou tout autre liquide. Utilisez uniquement la marmite incluse ou un contenant recommandé par SharkNinja placé dans la marmite incluse avec l'appareil.

**9** Inspectez régulièrement l'appareil ainsi que le cordon d'alimentation. **N'UTILISEZ PAS** l'appareil si le cordon d'alimentation ou la fiche d'alimentation est endommagé. Si l'appareil fonctionne mal ou a subi quelque dommage que ce soit, cessez immédiatement de l'utiliser, et appelez le service à la clientèle.

**10** **VEILLEZ TOUJOURS** à ce que l'appareil soit assemblé adéquatement avant de l'utiliser.

**11** Avant d'utiliser cet appareil, **VÉRIFIEZ TOUJOURS** qu'il n'y ait pas de colmatage ou une autre forme d'obstruction de la soupape de pression et de la soupape à flotteur rouge, et nettoyez ces pièces si nécessaire. Vérifiez que la soupape à flotteur rouge sur le couvercle à pression bouge librement. Certains aliments, tels que les sauces aux pommes, les canneberges, l'orge perlé, les flocons d'avoine ou d'autres céréales, les pois cassés, les nouilles, les macaronis, la rhubarbe ou les spaghettis peuvent, en cuisant sous pression, former de la mousse ou de l'écume, ou faire des éclaboussures, ce qui peut obturer la soupape de pression. Ces aliments et d'autres aliments dont la taille augmente pendant la cuisson (comme les légumes déshydratés, les haricots, les céréales et le riz) ne doivent pas être cuits dans un autocuiseur, sauf lorsque vous suivez une recette Ninja Foodi.

**12** **NE COUVREZ PAS** l'évent de prise d'air ou l'évent de douille d'air pendant que le couvercle de cuisson croustillante est fermé. Si vous couvrez l'un ou l'autre de ces évents, non seulement l'appareil ne pourra cuire, mais il risque aussi de subir des dommages ou de surchauffer.

**13** Utilisez uniquement les joints en silicone SharkNinja pour éviter tout risque d'explosion et de blessure. Assurez-vous que le joint en silicone est installé et que le couvercle est bien fermé avant d'utiliser l'appareil. **NE LES UTILISEZ PAS** s'ils sont déchirés ou endommagés. Remplacez-les avant toute utilisation.

**14** Avant de placer la marmite de cuisson amovible dans la base de l'autocuiseur, veillez à ce que les deux pièces soient propres et sèches en les essuyant à l'aide d'un chiffon doux.

**15** Cet appareil convient à un usage domestique seulement. **UTILISEZ CET APPAREIL UNIQUEMENT** aux fins pour lesquelles il a été conçu. **NE L'UTILISEZ PAS** dans des véhicules en déplacement ou à bord d'embarcations. **N'UTILISEZ PAS** cet appareil à l'extérieur. La mauvaise utilisation de cet appareil peut causer une blessure.

**16** Pour usage sur un plan de travail seulement. Assurez-vous que la surface est plane, propre et sèche. **NE DÉPLACEZ PAS** l'appareil en cours d'utilisation.

**17** **NE PLACEZ PAS** l'appareil sur des surfaces chaudes, tel qu'un élément chaud de poêle au gaz ou de poêle électrique ou à proximité de ceux-ci ou dans un four chaud.

**18** **N'UTILISEZ PAS** d'accessoires non recommandés ou vendus par SharkNinja. **NE METTEZ PAS** les accessoires dans un four à micro-ondes, un grille-pain four, un four à convection, un four conventionnel ou sur une plaque de cuisson en céramique, un élément chauffant à serpentin électrique, une cuisinière au gaz ou au barbecue. L'utilisation d'accessoires non recommandés par SharkNinja peut causer un incendie, une décharge électrique ou des blessures.

**19** Lorsque vous utilisez l'appareil, un espace suffisant doit être disponible de chaque côté et au-dessus pour permettre une bonne circulation d'air.

**20** **RESPECTEZ TOUJOURS** les quantités maximum et minimum de liquide, comme indiqué dans les directives et les recettes.

**21** **N'UTILISEZ JAMAIS** le réglage SLOW COOK (mijoter) sans aliments ou liquides dans la marmite de cuisson amovible.

**22** **N'UTILISEZ PAS** l'appareil sans avoir placé la marmite de cuisson amovible à l'intérieur.

**23** **N'UTILISEZ PAS** cet appareil pour la friture.

**24** **NE RECOUVREZ PAS** les soupapes de sûreté.

**25** **NE FAITES PAS** sauter ou frire des aliments avec de l'huile pendant la cuisson sous pression.

**26** Évitez que des aliments entrent en contact avec les éléments chauffants. **NE REMPLISSEZ PAS** à l'excès ou ne dépassez pas le niveau MAX FILL (remplissage maximal) lors de la cuisson. La remplir à l'excès peut occasionner des blessures corporelles ou des dommages matériels, ou nuire à l'utilisation sécuritaire de l'appareil.

# CONSERVEZ CES INSTRUCTIONS

# CONSIGNES DE SÉCURITÉ IMPORTANTES

**POUR USAGE DOMESTIQUE UNIQUEMENT**
**VEUILLEZ LIRE TOUTES LES INSTRUCTIONS AVANT UTILISATION**

**27** Lors de la cuisson sous pression des aliments qui prennent de l'expansion (comme des légumes déshydratés, des haricots, des céréales, du riz, etc.). **NE REMPLISSEZ PAS** la marmite au-delà de la moitié du niveau maximal ou suivez les instructions d'une recette Ninja® Foodi®.

**28 N'UTILISEZ PAS** cet appareil pour cuire du riz instantané.

**29** Pour éviter que des aliments entrent en contact avec les éléments chauffants, **NE REMPLISSEZ PAS** à l'excès le panier Cook & Crisp™.

**30** Faites preuve de la plus grande prudence lorsque vous fermez le couvercle de cuisson croustillante et prenez garde que rien ne se prenne dans sa charnière.

**31** La tension des prises de courant peut varier et ainsi nuire à la performance de votre produit. Afin de prévenir d'éventuelles maladies, utilisez un thermomètre pour vous assurer que vos aliments sont cuits à la température recommandée.

**32 NE PLACEZ PAS** l'appareil près du bord d'un plan de travail pendant son utilisation.

**33** Pour éviter les dommages possibles causés par la vapeur, placez l'appareil à l'écart des murs et des armoires pendant qu'il est en marche.

**34** Si l'appareil dégage une fumée noire, débranchez-le immédiatement et attendez que le dégagement de fumée cesse avant d'enlever la marmite de cuisson et le panier Cook & Crisp™.

**35 NE TOUCHEZ PAS** aux surfaces chaudes. Les surfaces de l'appareil sont chaudes pendant et après son utilisation. Pour éviter les brûlures et autres blessures, **UTILISEZ TOUJOURS** des sous-plats de protection ou des gants de cuisine isolés, et servez-vous des poignées et des boutons qui sont disponibles.

**36** Faites preuve de la plus grande prudence lorsque l'autocuiseur contient de l'huile, des aliments ou des liquides chauds, ou lorsqu'elle est sous pression. Une mauvaise utilisation, y compris le déplacement de l'autocuiseur, peut causer une blessure. Avant d'utiliser cet appareil pour cuire sous pression, veillez à ce que le couvercle soit fixé adéquatement et bien verrouillé.

**37** Faites preuve de prudence lorsque vous saisissez des viandes et faites sauter des aliments dans de l'huile chaude. Gardez les mains et le visage éloignés de la marmite de cuisson amovible, plus particulièrement lorsque vous ajoutez des ingrédients, car l'huile chaude peut produire des éclaboussures.

**38** Lorsque l'appareil est en marche, de la vapeur chaude est libérée par l'évent de douille d'air. Placez l'appareil de façon à ce que l'évent ne pointe pas directement vers le cordon d'alimentation, les prises et autres appareils. Gardez mains et visage à une distance sécuritaire de l'évent.

**39 NE TENTEZ PAS** d'ouvrir le couvercle pendant ou après la cuisson sous pression avant que toute la pression contenue à l'intérieur de l'appareil ait été libérée par la soupape de pression et qu'il ait refroidi quelque peu. **N'ALTÉREZ, NE DÉSASSEMBLEZ OU NE RETIREZ PAS** la soupape à flotteur rouge ni l'assemblage de la soupape de pression.

**40** Lorsque vous utilisez le réglage SLOW COOK (mijoter) ou SEAR/SAUTÉ (saisir/faire sauter), assurez-vous que le couvercle à pression est **TOUJOURS** fermé et que la soupape de pression est en position VENT (décharger). Si le couvercle est fermé et que la soupape de pression est en position SEAL (étanchéité), une alarme sonore retentira. Un code d'erreur « VENT » (décharger) apparaîtra à l'écran à DEL pour signaler la nécessité de tourner la soupape de pression jusqu'à la position VENT (décharger).

**41** Lorsque vous utilisez le réglage PRESSURE COOK (cuisson sous pression), gardez **TOUJOURS** le couvercle à pression verrouillé et tournez la soupape de pression dans le sens antihoraire jusqu'à la position SEAL (sceller).

**42** Si le couvercle refuse de tourner pour se déverrouiller, cela indique que l'appareil est encore sous pression. Toute pression résiduelle peut être dangereuse. Laissez l'appareil libérer sa pression naturellement ou tournez doucement la soupape de pression jusqu'à la position VENT (décharger) pour libérer la vapeur. Prenez soin d'éviter le contact avec les yeux pour éviter les brûlures ou les blessures. Lorsque la vapeur est complètement libérée, la soupape à flotteur rouge sera abaissée pour vous permettre d'ouvrir le couvercle.

**43** Les aliments renversés peuvent causer de graves brûlures. Gardez l'appareil et le cordon d'alimentation hors de la portée des enfants. **NE LAISSEZ PAS** le cordon d'alimentation pendre d'une table ou d'un comptoir ni toucher des surfaces chaudes.

**44 GARDEZ TOUJOURS** les mains, le visage et les autres parties du corps éloignés de la soupape de pression avant ou pendant la libération de la pression et lors du retrait du couvercle à pression après la cuisson. La vapeur à l'intérieur de l'appareil peut causer de graves brûlures. **SOULEVEZ ET INCLINEZ TOUJOURS** le couvercle à l'écart de vous lorsque vous le retirez.

**45 NE CHAUFFEZ PAS** la marmite de cuisson amovible pendant plus de dix minutes si elle est vide, au risque d'endommager la surface de cuisson.

**46** La marmite de cuisson, le panier Cook & Crisp™ et la clayette réversible deviennent extrêmement chauds pendant la cuisson. Évitez la vapeur et l'air chauds lorsque vous retirez la marmite de cuisson et le panier Cook & Crisp™ de l'appareil et **PLACEZ-LES TOUJOURS** sur une surface résistante à la chaleur. **NE TOUCHEZ PAS** aux accessoires pendant ou immédiatement après la cuisson.

**47** La marmite de cuisson amovible peut être extrêmement lourde lorsqu'elle est remplie. Faites preuve de prudence lorsque vous soulevez la marmite de la base de l'autocuiseur.

**48** Les enfants ne peuvent pas nettoyer ni entretenir l'appareil.

**49** Laissez l'appareil refroidir environ 30 minutes avant de le manipuler, de le nettoyer ou de le ranger.

**50** Pour débrancher l'appareil, mettez tous les boutons à OFF (arrêt), puis retirez la fiche d'alimentation de la prise lorsqu'il n'est pas utilisé et avant de le nettoyer. Laissez l'appareil refroidir avant de le nettoyer, de le démonter, d'enlever ou d'installer des pièces et avant de l'entreposer.

**51 NE NETTOYEZ PAS** l'appareil avec des tampons à récurer en métal. Des morceaux peuvent se détacher du tampon et toucher des pièces électriques, créant ainsi un risque d'électrocution.

**52** Veuillez consulter la section « Nettoyage et entretien » pour savoir comment faire l'entretien régulier de votre appareil.

⚠ **Prenez soin d'éviter de toucher toute surface chaude.**

# CONSERVEZ CES INSTRUCTIONS

# PIÈCES ET ACCESSOIRES

## PIÈCES

**A**  Clayette réversible

**B**  Panier Cook & Crisp™

**C**  Diffuseur détachable

**D**  Marmite de cuisson amovible de 6,2 L (6,5 pte)

**E**  Couvercle de cuisson croustillante

**F**  Écran thermique

**G**  Panneau de commande

**H**  Base de l'autocuiseur

**I**  Couvercle à pression

**J**  Soupape de pression

**K**  Soupape à flotteur rouge

**L**  Joint en silicone

**M**  Bouchon anti-colmatage

**N**  Évent de sortie d'air

**O**  Collecteur de condensation















Dessus du couvercle à pression



## ACCESSOIRES (VENDUS SÉPARÉMENT)

**P**  Accessoire d'étagement Cook & Crisp™

**Q**  Moule à usages multiples

**R**  Accessoire de grille de rôtissage

**S**  Moule à pain

**T**  Bac de cuisson croustillante











# UTILISATION DU PANNEAU DE COMMANDE



FRANÇAIS

**REMARQUE :** Le panneau de commande peut être différent selon le modèle.

## BOUTONS DES FONCTIONS

**PRESSURE (pression) :** Utilisez cette fonction pour cuire rapidement des aliments, tout en conservant leur tendreté.

**STEAM (vapeur) :** Utilisez cette fonction pour cuire doucement des aliments délicats à haute température.

**SLOW COOK (mijoter) :** Cuisez vos aliments à plus basse température pendant plus longtemps.

**YOGURT (yogourt) :** pasteurise et fermente le lait pour un yogourt maison crémeux.

**SEAR/SAUTÉ (saisir/faire sauter) :** Cette fonction est conçue pour utiliser cet appareil comme une cuisinière afin de saisir des viandes, faire sauter des légumes, faire mijoter des sauces, et plus encore.

**AIR CRISP (croustillant par convec.) :** Utilisez l'appareil comme une friteuse à air chaud pour conférer du croustillant à vos aliments avec très peu, voire aucune huile.

**BAKE/ROAST (cuire au four/rôtir) :** Cette fonction est conçue pour utiliser l'appareil comme une rôtissoire afin d'obtenir des viandes tendres, des gâteries cuites au four et plus encore.

**BROIL (griller) :** Utilisez cette fonction pour caraméliser et faire dorer vos aliments.

**DEHYDRATE (déshydrater) :** Déshydratez des viandes, des fruits et des légumes pour préparer des collations santé.

> **REMARQUE :** La fonction DEHYDRATE (déshydrater) n'est pas disponible avec tous les modèles.

## BOUTONS DE COMMANDE

**Flèches TEMP (température) :** Utilisez les flèches TEMP (température) haut et bas pour ajuster la température de cuisson ou le niveau de pression.

**Flèches TIME (temps) :** Utilisez les flèches TIME (temps) haut et bas pour ajuster le temps de cuisson.

> **REMARQUE :** Pendant la cuisson, utilisez les flèches haut et bas pour ajuster la température ou le temps. L'appareil utilisera ainsi ces réglages.

**Bouton START/STOP (marche/arrêt) :** Appuyez sur le bouton START/STOP (marche/arrêt) après avoir sélectionné la température (ou pression) et la durée pour commencer la cuisson. Si vous appuyez sur ce bouton pendant la cuisson, celle-ci s'arrêtera.

**Bouton KEEP WARM (garder chaud) :** Après la cuisson sous pression, à la vapeur ou lente, l'appareil passera automatiquement en mode Keep Warm (garder chaud) et le décompte commencera. Le mode Keep Warm (garder chaud) restera activé pendant 12 heures; vous pouvez également appuyer sur KEEP WARM (garder chaud) pour le désactiver. Le mode Keep Warm (garder chaud) n'est pas conçu pour réchauffer des aliments froids, mais plutôt pour les garder au chaud à une température sécuritaire.

**Bouton POWER (mise en marche) :** Le bouton Power (mise en marche) éteint l'appareil et interrompt tous les modes de cuisson.

## MODE VEILLE

Après 10 minutes sans aucune interaction avec le panneau de commande, l'appareil entrera en mode veille.

# AVANT LA PREMIÈRE UTILISATION

**1** Enlevez de l'appareil et éliminez tout matériau d'emballage, toute étiquette de promotion et tout ruban adhésif.

**2** Retirez tous les accessoires de l'emballage et lisez ce manuel attentivement. Veuillez porter une attention particulière aux directives d'utilisation, aux avertissements et aux consignes de sécurité importantes afin d'éviter toute blessure corporelle ou tout dommage matériel.

**3** Lavez le couvercle à pression, le joint en silicone, la marmite de cuisson amovible, le panier Cook & Crisp™, la clayette réversible et le collecteur de condensation dans de l'eau chaude savonneuse, puis rincez et séchez soigneusement. **NE LAVEZ JAMAIS** la base de l'autocuiseur ou le couvercle à pression au lave-vaisselle. Inspectez le couvercle à pression pour vous assurer qu'aucun débris ne bloque les soupapes.

**4** Le joint en silicone est réversible : il peut être mis en place dans l'un ou l'autre sens. Insérez le joint en silicone autour du bord externe du joint sur le dessous du couvercle. Veillez à ce qu'il soit inséré à fond et repose à plat sous la grille à joint en silicone.



## INSTALLATION DU COLLECTEUR DE CONDENSATION

Pour installer le collecteur de condensation, glissez-le dans la fente de la base de l'autocuiseur. Faites le glisser pour le retirer afin de le nettoyer à la main après chaque utilisation.



> **REMARQUE :** Avant chaque utilisation, veuillez vous assurer que le joint en silicone est bien calé dans son support et que le bouchon anti-colmatage est monté adéquatement sur la soupape de pression.

## RETRAIT ET RÉINSTALLATION DU BOUCHON ANTI-COLMATAGE

Assurez-vous que le bouchon anti-colmatage est dans la bonne position avant d'utiliser le couvercle à pression. Le bouchon anti-colmatage protège la soupape interne du couvercle à pression contre les obstructions et protège les utilisateurs contre d'éventuelles éclaboussures d'aliments. Ce bouchon devrait être nettoyé après chaque utilisation avec une brosse de nettoyage. Pour retirer, tenez le bouchon anti-colmatage entre le pouce et l'index plié, puis tournez dans le sens horaire.







# UTILISATION DE VOTRE AUTOCUISEUR FOODI® TENDERCRISP™

## UTILISATION DES COUVERCLES

Les deux couvercles vous permettent d'utiliser facilement toutes vos méthodes de cuisson favorites. Utilisez le couvercle à pression pour attendrir vos aliments, puis le couvercle de cuisson croustillante pour les rendre croustillants.

## UTILISATION DU COUVERCLE DE CUISSON CROUSTILLANTE

Le couvercle de cuisson croustillante est fixé à l'appareil par une charnière, et il est d'une conception facile à ouvrir. Le couvercle peut être ouvert pendant n'importe quelle fonction de cuisson à convection pour vous permettre de vérifier l'état de cuisson des ingrédients et d'y accéder. Lorsque le couvercle est ouvert, la cuisson s'arrêtera, la programmation marquera une pause et l'élément chauffant dans le couvercle s'éteindra. Lorsque le couvercle est fermé, la cuisson se poursuit et la minuterie reprend son décompte.

## UTILISATION DES FONCTIONS DE CUISSON AVEC LE COUVERCLE DE CUISSON CROUSTILLANTE

Pour allumer l'appareil, branchez le cordon d'alimentation dans une prise murale, puis appuyez sur le bouton Power (mise en marche).

### Air Crisp (croustillant par convec.)

**1** Appuyez sur le bouton AIR CRISP (croustillant par convec.). Le réglage de température par défaut s'affichera. Utilisez les flèches TEMP (température) haut et bas pour choisir une température entre 148 °C (300 °F) et 205 °C (400 °F).



**2** Utilisez les flèches TIME (temps) haut et bas pour régler le temps de cuisson, par tranches d'une minute, jusqu'à un maximum d'une heure.



**3** Une fois la marmite installée, placez-y le panier Cook & Crisp™ ou la clayette réversible. Le diffuseur devrait être fixé au panier.



OU

**REMARQUE :** Il est recommandé de laisser l'unité préchauffer pendant cinq minutes avant d'ajouter les ingrédients. Si vous choisissez de préchauffer, avant l'étape 4, fermez le couvercle et appuyez sur le bouton START/STOP (marche/arrêt) pour commencer.

**4** Ajoutez des ingrédients au panier Cook & Crisp™ ou à la clayette réversible. Fermez le couvercle et appuyez sur le bouton START/STOP (marche/arrêt) pour commencer la cuisson.



**5** Pendant la cuisson, vous pouvez ouvrir le couvercle et retirer le panier pour secouer ou touiller les ingrédients afin qu'ils soient dorés uniformément, si désiré. Lorsque vous avez terminé, remettez le panier dans la marmite et fermez le couvercle. La cuisson reprendra automatiquement après la fermeture du couvercle.



**REMARQUE :** Si vous appuyez sur STOP (arrêt) pendant le mode Air Crisp (croustillant par convec.), l'unité attendra 10 secondes avant d'entrer en mode veille.

**6** Lorsque la durée de cuisson est terminée, l'appareil émet un signal sonore.

### Bake/Roast (cuire au four/rôtir)

**1** Appuyez sur le bouton BAKE/ROAST (cuire au four/rôtir). Le réglage de température par défaut s'affichera. Utilisez les flèches TEMP (température) haut et bas pour choisir une température entre 125 °C (250 °F) et 205 °C (400 °F).



**2** Utilisez les flèches TIME (temps) haut et bas pour régler le temps de cuisson, par tranches d'une minute, jusqu'à un maximum de quatre heures. Après une heure, vous pouvez augmenter le temps jusqu'à quatre heures par tranches de cinq minutes.



**REMARQUE :** Si la durée est d'une heure ou moins, l'horloge affichera le décompte en minutes et secondes. Si la durée est de plus d'une heure, l'horloge affichera seulement le décompte en minutes.

**REMARQUE :** Il est recommandé de laisser l'unité préchauffer pendant cinq minutes avant d'ajouter les ingrédients. Si vous choisissez de préchauffer, avant l'étape 3, fermez le couvercle et appuyez sur le bouton START/STOP (marche/arrêt) pour commencer.

**3** Ajoutez dans la marmite les ingrédients et tout accessoire indiqué par la recette. Fermez le couvercle et appuyez sur le bouton START/STOP (marche/arrêt) pour commencer la cuisson.

**4** Lorsque la durée de cuisson est terminée, l'appareil émet un signal sonore.

# UTILISATION DE VOTRE AUTOCUISEUR FOODI® TENDERCRISP™ – SUITE

## Broil (griller)

**1** Appuyez sur le bouton BROIL (griller).



> **REMARQUE :** Il n'y a pas de réglage de température disponible ou nécessaire lors de l'utilisation de la fonction Broil (griller).

**2** Utilisez les flèches TIME (temps) haut et bas pour régler le temps de cuisson, par tranches d'une minute, jusqu'à un maximum de 30 minutes.



**3** Placez la clayette réversible dans la marmite en position grill rehaussée ou suivez les indications de la recette.



**4** Placez les ingrédients sur la grille, puis fermez le couvercle.



**5** Appuyez sur le bouton START/STOP (marche/arrêt) pour commencer la cuisson.



**6** Lorsque la durée de cuisson est terminée, l'appareil émet un signal sonore.

## Dehydrate (déshydrater)

**1** Appuyez sur le bouton DEHYDRATE (déshydrater). Le réglage de température par défaut s'affichera. Utilisez les flèches TEMP haut et bas pour choisir une température entre 41 °C (105 °F) et 91 °C (195 °F).



**2** Utilisez les flèches TIME (temps) haut et bas pour régler le temps de cuisson, par tranches de 15 minutes, jusqu'à un maximum de 12 heures.



**3** Placez votre première couche d'ingrédients dans le fond du panier Cook & Crisp™.



**4** S'il est inclus dans votre modèle ou acheté séparément, ajoutez les ingrédients dans l'accessoire d'étagement Cook & Crisp* du panier Cook & Crisp pour créer deux niveaux afin de déshydrater les aliments.



> **REMARQUE :** Pour une capacité de cinq niveaux, utilisez la grille de déshydratation** directement dans la marmite de cuisson.

**5** Appuyez sur le bouton START/STOP pour commencer la déshydratation.



**6** Lorsque la durée de cuisson est terminée, l'appareil émet un signal sonore.

*Si l'accessoire d'étagement Cook & Crisp n'est pas inclus avec votre appareil, vous pouvez l'acheter à ninjaaccessories.com.

**La grille de déshydratation est vendue séparément à ninjaaccessories.com.

# UTILISATION DE VOTRE AUTOCUISEUR FOODI® TENDERCRISP™ – SUITE

### SE FAMILIARISER AVEC LA CUISSON SOUS PRESSION

Afin de vous familiariser avec la fonction Pressure Cook (cuisson sous pression) et de commencer à l'utiliser pour cuire des aliments, il est fortement recommandé aux utilisateurs débutants de faire un premier essai.

1 Placez la marmite dans la base de l'autocuiseur et ajoutez dans la marmite 709 ml (3 tasses) d'eau à température ambiante.



2 Assemblez le couvercle à pression en alignant la flèche sur le couvercle avec la flèche sur le devant de la base de l'autocuiseur. Puis tournez le couvercle dans le sens horaire jusqu'à ce qu'il s'enclenche.



3 Assurez-vous que la soupape de pression située sur le couvercle est en position SEAL (sceller).



4 Appuyez sur le bouton PRESSURE (pression); la pression de l'appareil sera réglée par défaut à HI (haute). Réglez la durée à 2 minutes et appuyez sur le bouton START/STOP (marche/arrêt) pour mettre en marche.



5 Votre Foodi commencera à accumuler de la pression (des voyants rotatifs s'allumeront). Lorsque la pression programmée sera atteinte, l'appareil activera un compte à rebours



6 Une fois le compte à rebours terminé, le Foodi émettra un signal sonore, passera automatiquement en mode Keep Warm (garder chaud) et un compte à rebours s'activera.



7 Tournez la soupape de pression à la position VENT (décharger) pour libérer rapidement la vapeur sous pression. Un jet de vapeur jaillira de la soupape de pression. Une fois la vapeur complètement libérée, l'appareil pourra être ouvert.



### LIBÉRATION NATURELLE DE LA PRESSION PAR RAPPORT À LIBÉRATION RAPIDE DE LA PRESSION

**Libération naturelle de la pression :** Lorsque la cuisson sous pression est terminée, la vapeur est naturellement libérée de l'appareil au fur et à mesure qu'il refroidit. Cela peut prendre jusqu'à 20 minutes ou plus, selon la quantité de liquide et de nourriture que contient la marmite. Pendant ce temps, l'appareil passe en mode Keep Warm (garder chaud). Appuyez sur le bouton KEEP WARM (garder chaud) si vous souhaitez éteindre le mode Keep Warm (garder chaud). Lorsque la libération naturelle de la pression est terminée, la soupape à flotteur rouge s'abaisse.

**Libération rapide de la pression :** Utilisez-le **SEULEMENT** si la recette vous le demande. Lorsque la cuisson sous pression est terminée et que le voyant KEEP WARM (garder chaud) est allumé, tournez la soupape de pression à la position VENT (décharger) pour libérer instantanément la pression à travers la soupape.

Même après la libération de la pression, que ce soit naturellement ou par le biais de la soupape de pression, une certaine quantité de vapeur demeurera dans l'appareil et s'en échappera lorsque le couvercle sera ouvert. Soulevez-le et inclinez-le loin de vous en vous assurant qu'il n'y a pas de condensation qui s'égoutte dans la base de l'autocuiseur.

> **REMARQUE :** En tout temps pendant le cycle de libération naturelle de la vapeur, vous pouvez commuter en mode de libération rapide en tournant la soupape de pression en position VENT (décharger).

### PRESSURISATION

Lorsque la pression augmente dans l'appareil, le panneau de commande affiche des voyants rotatifs. Le temps de pressurisation varie selon la quantité d'ingrédients et de liquide dans la marmite. Lorsque la pression augmente, le couvercle se verrouille à des fins de sécurité et ne peut être déverrouillé

qu'une fois la pression libérée. Lorsque l'appareil a atteint sa pleine pression, le témoin lumineux de l'icône de pression du couvercle cesse de clignoter et reste allumé. Le cycle de cuisson sous pression commence alors, et la minuterie commence le décompte.



### INSTALLATION ET RETRAIT DU COUVERCLE À PRESSION

Placez le couvercle à pression sur le dessus de l'appareil en alignant le symbole 🔓 situé sur le couvercle et le symbole 🔒 situé à la base. Tournez le couvercle dans le sens horaire jusqu'à ce qu'il s'enclenche.

Pour déverrouiller le couvercle à pression, tournez-le dans le sens antihoraire. Soulevez et inclinez le couvercle pour éviter les éclaboussures. Ne soulevez pas le couvercle à la verticale.

> **REMARQUE :** Le couvercle à pression ne se déverrouillera pas tant que l'appareil ne sera pas complètement dépressurisé.



# UTILISATION DE VOTRE AUTOCUISEUR FOODI® TENDERCRISP™ – SUITE

## UTILISATION DES FONCTIONS DE CUISSON AVEC LE COUVERCLE À PRESSION

Pour allumer l'appareil, branchez le cordon d'alimentation dans une prise murale, puis appuyez sur le bouton Power (mise en marche).

### Pressure Cook (cuisson sous pression)

**1** Ajoutez des ingrédients et au moins 118 ml ($^1/_2$ tasses) de liquide dans la marmite, y compris un accessoire si votre recette l'exige. **NE DÉPASSEZ PAS** la ligne marquée PRESSURE MAX (pression max.) lorsque vous cuisez sous pression.



> **REMARQUE :** Lorsque vous faites cuire du riz, des haricots ou d'autres ingrédients qui prennent de l'expansion, **NE REMPLISSEZ PAS** la marmite plus qu'à la moitié.

**2** Suivez les étapes à gauche pour installer le couvercle à pression. Tournez la soupape de pression à la position SEAL (sceller).



**3** Appuyez sur le bouton PRESSURE (pression). Le niveau de pression par défaut s'affichera. Utilisez les flèches TEMP (température) haut et bas pour sélectionner HI (haute) (élevée) ou LO (basse).



> **REMARQUE :** Si la durée est d'une heure ou moins, l'horloge affichera le décompte en minutes et secondes. Si la durée est de plus d'une heure, l'horloge affichera seulement le décompte en minutes.

**4** Utilisez les flèches TIME (temps) haut et bas pour régler le temps de cuisson par tranches d'une minute pour une durée allant jusqu'à une heure ou par tranches de cinq minutes pour une durée allant d'une à quatre heures.



**5** Appuyez sur le bouton START/STOP (marche/arrêt). L'écran affichera des voyants rotatifs pendant cette période. Lorsque l'appareil atteint la température appropriée, la minuterie commencera son compte à rebours.



**6** Lorsque la durée de cuisson est terminée, l'appareil émet un signal sonore, passe automatiquement en mode Keep Warm (garder chaud) et la minuterie commence à compter à partir de 00:00.



> **REMARQUE :** Une fois la cuisson sous pression terminée, vous pouvez appuyer sur le bouton KEEP WARM (garder chaud) pour désactiver le mode Keep Warm (garder chaud).

**7** Laissez l'appareil libérer naturellement la pression ou, si votre recette le demande, tourner la soupape de pression à la position VENT (décharger) pour libérer rapidement la vapeur à travers la soupape.



### Steam (vapeur)

**1** Ajoutez au moins 250 ml (1 tasse) de liquide (ou la quantité indiquée dans votre recette) dans la marmite. Ajoutez le panier Cook & Crisp™ ou la clayette réversible à la marmite, puis les ingrédients.



**2** Suivez les étapes ci-dessus pour installer le couvercle à pression. Tournez la soupape de pression à la position VENT (décharger).



**3** Appuyez sur le bouton STEAM (vapeur). Utilisez les flèches TIME (temps) haut et bas pour régler le temps de cuisson, par tranches d'une minute, jusqu'à un maximum de 30 minutes.



> **REMARQUE :** Il n'y a pas de réglage de température disponible ou nécessaire lors de l'utilisation de la fonction Steam (vapeur).

**4** Appuyez sur le bouton START/STOP (marche/arrêt).

**5** L'unité préchauffera automatiquement pour faire bouillir le liquide de cuisson à la vapeur. L'écran affichera des voyants rotatifs pendant cette période. Lorsque l'appareil atteint la température appropriée, la minuterie commencera son compte à rebours.



**6** Lorsque la durée de cuisson est terminée, l'appareil émet un signal sonore, passe automatiquement en mode Keep Warm (garder chaud). Si la soupape à flotteur rouge est remontée, attendez qu'elle retombe et ouvrez le couvercle.



> **REMARQUE :** Une fois la cuisson à la vapeur terminée, vous pouvez appuyer sur le bouton KEEP WARM (garder chaud) pour désactiver le mode Keep Warm (garder chaud).

# UTILISATION DE VOTRE AUTOCUISEUR FOODI® TENDERCRISP™ – SUITE

### Slow Cook (mijoter)

1 Ajoutez les ingrédients à la marmite. **NE DÉPASSEZ PAS** la ligne marquée MAX (maximum) lorsque vous utilisez le mode Slow Cook (mijoter).

2 Suivez les étapes ci-dessus pour installer le couvercle à pression. Tournez la soupape de pression à la position VENT (décharger).



3 Appuyez sur le bouton SLOW COOK (mijoter). Le réglage de température par défaut s'affichera. Utilisez les flèches TEMP (température) haut et bas pour sélectionner Slow Cook (mijoter) en mode HI (haute) ou LO (basse).



4 Utilisez les flèches TIME (temps) haut et bas pour régler le temps de cuisson, par tranches de 15 minutes, jusqu'à un maximum de 12 heures.



5 Appuyez sur le bouton START/STOP (marche/arrêt) pour commencer la cuisson.

**REMARQUE :** Le réglage du temps de cuisson du niveau HI (haute) de la fonction Slow Cook (mijoter) peut être réglé entre 4 et 12 heures. Le réglage temps de cuisson du niveau LO (basse) de la fonction Slow Cook (mijoter) peut être réglé entre 6 et 12 heures.

6 Lorsque la durée de cuisson est terminée, l'appareil émet un signal sonore, passe automatiquement en mode Keep Warm (garder chaud).

### Yogurt (yogourt)

1 Ajoutez la quantité de lait souhaitée dans la marmite.

**REMARQUE :** Si vous préférez pasteuriser, laissez refroidir et ajoutez des cultures sans utiliser l'appareil, sautez les étapes 1 à 9. Appuyez plutôt sur la flèche TEMP (température) vers le haut pour sélectionner FMNT, puis appuyez sur les flèches TIME (temps) pour sélectionner la période d'incubation désirée. Appuyez sur START/STOP (marche/arrêt) pour démarrer, puis suivez les étapes 10 et 11.

2 Installez le couvercle à pression et tournez la soupape de pression à la position VENT (décharger).



3 Appuyez deux fois sur SLOW COOK (mijoter)/YOGURT (yogourt) jusqu'à ce que le message YGRT (yogourt) apparaisse à l'écran. Appuyez sur les flèches de TEMP (température) vers le haut ou le bas pour sélectionner YGRT (yogourt) ou FMNT (fermenter).



4 Appuyez sur les flèches de TIME (temps) pour régler la durée d'incubation par tranches de 30 minutes, et ce, de 8 à 12 heures.



**REMARQUE :** Sélectionner une durée plus longue donnera un yogourt plus acidulé et une consistance plus épaisse. Utilisez 12 heures pour obtenir un yogourt de style grec.

5 Appuyez sur START/STOP (marche/arrêt) pour commencer la pasteurisation.

6 L'appareil affichera le message BOIL (bouillir) lors de la pasteurisation. Lorsque la température de pasteurisation est atteinte, l'appareil émettra un signal sonore et le message COOL (refroidir) s'affichera.



7 Une fois que le lait a refroidi, l'appareil affichera les messages ADD and STIR (ajouter et mélanger) successivement.



8 Retirez le couvercle à pression et écumez le dessus du lait.

9 Ajoutez les cultures de yogourt au lait et mélangez le tout pour le rendre homogène. Placez le couvercle à pression (la soupape peut être en position VENT (décharger) ou SEAL (sceller) et appuyez sur START/STOP (marche/arrêt) pour commencer le processus d'incubation.



10 Le compte à rebours commencera à l'écran. Lorsque la durée d'incubation est terminée, l'appareil émettra un signal sonore et le message DONE (fini) s'affichera.

11 Réfrigérez le yogourt jusqu'à un maximum de 12 heures avant de le servir.

### Sear/Sauté (saisir/faire sauter)

1 Ajoutez les ingrédients à la marmite.



2 Appuyez sur le bouton SEAR/SAUTÉ (saisir/faire sauter). Le réglage de température par défaut s'affichera. Utilisez les flèches TEMP (température) haut et bas pour sélectionner l'une des options de réglage de la température (low (bas), medium-low (moyen-bas), medium (moyen), medium-high (moyen-élevé) ou high (élevé)).



**REMARQUE :** Il n'y a pas de réglage de durée de cuisson disponible ou nécessaire lors de l'utilisation de la fonction de cuisson Sear/Sauté (saisir/faire sauter).

3 Appuyez sur le bouton START/STOP (marche/arrêt) pour commencer la cuisson.

4 Pour désactiver la fonction Sear/Sauté (saisir/faire sauter), appuyez sur le bouton START/STOP (marche/arrêt). Pour commuter à une fonction de cuisson différente, appuyez sur le bouton de la fonction correspondante.

**REMARQUE :** Vous pouvez utiliser cette fonction avec le couvercle de cuisson croustillante en position ouverte ou le couvercle à pression avec la soupape de pression en position VENT (décharger).

**REMARQUE :** Utilisez **TOUJOURS** des ustensiles antiadhésifs dans la marmite de cuisson. **N'UTILISEZ PAS** d'ustensiles en métal, car ils égratigneront le revêtement antiadhésif de la marmite.

**FRANÇAIS**

# ACCESSOIRES SUPPLÉMENTAIRES OFFERTS À L'ACHAT

Nous offrons une gamme d'accessoires conçus spécialement pour votre autocuiseur Ninja® Foodi® TenderCrisp™. Visitez **ninjaaccessories.com** pour augmenter vos capacités et faire passer vos talents de cuisinier au niveau supérieur.

### Moule à usages multiples



- Avec ce bac, vous pouvez créer des plats en cocotte fumants, des trempettes et des tartes à la garniture tendre et savoureuse ou, pour le dessert, faire cuire un gâteau léger et moelleux, au-dessus doré à point.
- Dimensions : 22 cm (8,75 po) prof. x 6 cm (2,5 po) haut.

### Accessoire de grille de rôtissage



- Utilisez cette grille à l'intérieur du panier Cook & Crisp™ afin de servir des coquilles de taco du tonnerre le mardi, un carré de côtes levées rôti à point sur le BBQ le dimanche, ou du pain à l'ail grillé uniformément les soirs où les pâtes sont au menu.

### Accessoire d'étagement Cook & Crisp™



- Augmente la capacité du panier Cook & Crisp de sorte que vous pouvez créer des plats à plusieurs couches et faire de la déshydratation de base.
- Gardez plusieurs aliments séparés pendant que vous les faites cuire. Réchauffez des pointes de pizza, des frites surgelées, des pépites de poulet, des hamburgers et plus encore.

### Support de déshydratation



- Cinq couches empilables vous permettant de déshydrater fruits et viandes, ou de faire du chou frisé croustillant ou des croustilles aux légumes.

### Bac de cuisson croustillante



- Perforé pour un écoulement d'air amélioré, ce bac est fameux pour rendre croustillants et réchauffer pizzas, quesadillas et légumes.
- Dimensions : 23 cm (9 po) prof. x 2 cm (0,75 po) haut.

### Moule à pain



- Notre bac spécialement conçu est l'accessoire de pâtisserie d'une taille parfaite pour confectionner des mélanges de pâte à pain comme des pains aux bananes ou aux courgettes.
- Dimensions : 21 cm (8,25 po) x 11 cm (4,25 po) x 9 cm (3,5 po)

### Emballage supplémentaire de joints en silicone



- Ensemble de deux joints en silicone pour séparer les saveurs : un joint pour la cuisson de mets salés et un autre pour les mets sucrés.

# NETTOYAGE ET ENTRETIEN



### Nettoyage : Lave-vaisselle et lavage à la main

L'appareil devrait être nettoyé complètement après chaque utilisation.

1. Débranchez l'appareil de la prise murale avant de nettoyer.
2. **NE METTEZ JAMAIS** la base de l'autocuiseur dans le lave-vaisselle et ne l'immergez pas dans de l'eau ou tout autre liquide.
3. Pour nettoyer la base de l'autocuiseur et le panneau de commande, essuyez-les soigneusement avec un chiffon humide.
4. La marmite de cuisson, le joint en silicone, la clayette réversible, le panier Cook & Crisp™ et le diffuseur détachable peuvent être lavés au lave-vaisselle.
5. Le couvercle à pression, la soupape de pression et le bouchon anti-colmatage peuvent être nettoyés avec de l'eau et du savon à vaisselle. **NE LAVEZ PAS** le couvercle à pression ou n'importe laquelle de ses pièces dans le lave-vaisselle, et **NE DÉMONTEZ PAS** la soupape de pression ou la soupape à flotteur rouge.
6. Pour nettoyer le couvercle de cuisson croustillante, utilisez un chiffon humide ou un essuie-tout, et essuyez-le une fois que l'écran thermique aura refroidi.
7. Si des résidus alimentaires sont collés sur la marmite de cuisson, la clayette réversible ou le panier Cook & Crisp, remplissez la marmite avec de l'eau et laissez tremper avant de nettoyer. **N'UTILISEZ PAS** de tampons à récurer. Si vous devez récurer la marmite, utilisez un produit de nettoyage non abrasif ou un détergent liquide à vaisselle avec un tampon ou une brosse en nylon.
8. Séchez à l'air toutes les pièces après chaque utilisation.



Joint en silicone

Support à joint en silicone

### Retrait et réinstallation du joint en silicone

Pour enlever le joint en silicone, tirez-le vers l'extérieur, une partie à la fois, hors de son support. Le joint peut être installé avec l'un ou l'autre des côtés tourné vers le haut. Pour réinstaller le joint, appuyez-le dans son support, une partie à la fois.

Après l'utilisation de l'autocuiseur, retirez tous les débris de nourriture du joint en silicone et du bouchon anti-colmatage.

**Maintenez le joint en silicone propre afin d'éviter l'apparition de mauvaises odeurs.** Un lavage à l'eau tiède savonneuse ou au lave-vaisselle peut éliminer les odeurs. Toutefois, il est normal que le joint en silicone absorbe l'odeur de certains aliments acides. Il est recommandé d'avoir plus d'un joint en silicone à portée de main. Vous pouvez acheter des joints en silicone supplémentaires sur **ninjaaccessories.com**.

**NE TIREZ JAMAIS** avec force sur le joint en silicone pour l'extraire, car cela risque de le déformer et de déformer également son support, et de nuire à l'étanchéité de la pression. Un joint en silicone fissuré, coupé ou présentant un autre type de dommage devrait être remplacé immédiatement.

# GUIDE DE DÉPANNAGE

**Pourquoi mon autocuiseur prend-il autant de temps à faire monter la pression? Combien de temps faut-il pour atteindre la bonne pression?**

• Le temps de cuisson peut varier selon la température sélectionnée, la température réelle de la marmite de cuisson et la température ou la quantité des ingrédients.

• Assurez-vous que le joint en silicone est bien en place et s'appuie bien sur le couvercle à pression. S'il n'est pas installé correctement, vous devriez être capable de tirer légèrement sur le joint pour le faire pivoter.

• Vérifiez que le couvercle à pression est complètement verrouillé et que la soupape de pression est dans la position SEAL (sceller) lors de la cuisson sous pression.

**Pourquoi le compte à rebours diminue-t-il si lentement?**

• Vous avez peut-être utilisé des heures plutôt que des minutes pour régler la minuterie. Lors du réglage du temps, l'écran affichera HH:MM et la minuterie augmentera/diminuera par tranches d'une minute.

**Comment puis-je savoir quand l'appareil effectue la pressurisation?**

• Des voyants rotatifs apparaîtront sur l'afficheur indiquant que l'appareil est en train de faire monter la pression.

**Des voyants rotatifs s'allument sur l'écran pendant l'utilisation de la fonction Pressure (pression) ou Steam (vapeur).**

• Lors de l'utilisation des modes Steam (vapeur) ou Pressure (pression), cela indique que la pression augmente dans l'appareil ou que le préchauffage est en cours. Lorsque l'unité a fini d'accumuler de la pression, le décompte du temps de cuisson que vous avez réglé commencera.

**Il y a beaucoup de vapeur qui s'échappe de mon appareil lorsque j'utilise la fonction Steam (vapeur).**

• Il est normal que de la vapeur s'échappe par la soupape de pression pendant la cuisson. Laissez la soupape de pression dans la position VENT (décharger) lorsque vous utilisez les modes de cuisson Steam (vapeur), Slow Cook (mijoter) et Sear/Sauté (saisir/faire sauter).

**Pourquoi ne puis-je pas retirer le couvercle à pression?**

• Pour des raisons de sécurité, le couvercle à pression ne pourra être déverrouillé tant que l'appareil n'est pas complètement dépressurisé. Pour libérer rapidement la vapeur sous pression, tournez la soupape de pression à la position VENT (décharger). Un jet de vapeur jaillira de la soupape de pression. Une fois la vapeur complètement libérée, l'appareil pourra être ouvert. Pour déverrouiller le couvercle à pression, tournez-le dans le sens antihoraire. Soulevez et inclinez le couvercle pour éviter les éclaboussures. Ne soulevez pas le couvercle à la verticale.

**Est-il normal que la soupape de pression soit desserrée?**

• Oui. Le desserrement de la soupape de pression est intentionnel; il permet un réglage rapide et facile entre la position SEAL (sceller) et VENT (décharger) et aide à réguler la pression en libérant de petites quantités de vapeur pour assurer d'excellents résultats de cuisson. Assurez-vous qu'elle soit placée aussi loin que possible vers la position SEAL (sceller) lors de la cuisson sous pression, et qu'elle soit placée le plus loin possible vers la position VENT (décharger) lors de la libération rapide de la pression.

**L'appareil émet un bruit de sifflement et n'atteint pas la pression désirée.**

• Assurez-vous que la soupape de pression est à la position SEAL (sceller). Si elle se trouve à cette position et que vous entendez toujours un fort bruit de sifflement, cela peut indiquer que votre joint en silicone est mal placé. Appuyez sur START/STOP (marche/arrêt) pour arrêter la cuisson, tournez la soupape de pression à la position VENT (décharger) si nécessaire et retirez le couvercle à pression. Appuyez sur le joint en silicone, assurez-vous qu'il est complètement inséré et qu'il repose à plat sous le support à joint. Lorsque le joint est installé correctement, vous devriez être capable de le tirer légèrement pour le faire pivoter.

**Le compte à rebours de la minuterie de mon appareil monte au lieu de descendre.**

• Le cycle de cuisson est terminé et l'appareil est en mode Keep Warm (garder chaud).

**Combien de temps l'appareil prend-il pour se dépressuriser?**

• Le temps nécessaire pour relâcher la pression dépend de la quantité de nourriture dans l'appareil et peut varier d'une recette à l'autre. Assurez-vous toujours que la soupape à flotteur soit abaissée avant de retirer le couvercle. Si l'appareil prend plus de temps que d'habitude à libérer la pression, débranchez-le et attendez que la soupape à flotteur soit abaissée avant de retirer le couvercle.

**Le message d'erreur « POT » (marmite) apparaît à l'écran d'affichage.**

• La marmite de cuisson n'est pas à l'intérieur de la base de l'autocuiseur. La marmite de cuisson est requise pour toutes les fonctions.

**Le message d'erreur « LID » (couvercle) apparaît à l'écran d'affichage, et l'icône de couvercle clignote.**

• Le mauvais couvercle est installé pour la fonction de cuisson que vous avez choisie. Placez le couvercle à pression sur l'unité, en position fermée si vous voulez utiliser les modes Pressure (pression), Slow Cook (mijoter), Steam (vapeur), Sear/Sauté (saisir/faire sauter) ou Keep Warm (garder chaud).

**Le message d'erreur « SHUT » (arrêt) apparaît à l'écran d'affichage.**

• Le couvercle de cuisson croustillante est ouvert et doit être fermé pour que la fonction sélectionnée puisse être activée.

**Le message d'erreur « VENT » (décharger) apparaît à l'écran d'affichage.**

• Lorsque l'appareil est réglé sur Slow Cook (mijoter) ou Sear/Sauté (saisir/faire sauter) et que l'appareil détecte que la pression augmente, ce message indique que la soupape de pression est en position SEAL (sceller).

• Tournez la soupape de pression jusqu'à la position VENT (décharger) et laissez-la à cette position pour le reste de la durée de la fonction de cuisson.

• Si vous ne tournez pas la soupape de pression à la position VENT (décharger) dans un délai de 5 minutes, la fonction sera annulée et l'appareil s'éteindra.

**Le message d'erreur « WATR » (eau) apparaît sur l'écran pendant l'utilisation de la fonction Steam (vapeur).**

• Le niveau d'eau dans l'appareil est trop bas. Ajoutez de l'eau dans l'appareil pour que la fonction se poursuive.

**Le message d'erreur « WATR » (eau) apparaît sur l'écran pendant l'utilisation de la fonction Pressure (pression).**

• Ajoutez plus de liquide à la marmite de cuisson avant de redémarrer le cycle de cuisson sous pression.

• Assurez-vous que la soupape de pression est à la position SEAL (sceller).

• Assurez-vous que le joint en silicone est correctement installé.

**« ERR1 », « ERR2 », « ERR3 », « ERR4 », « ERR5 », « ERR8 ».**

• L'appareil ne fonctionne pas bien. Veuillez communiquer avec le service à la clientèle au 1 877 646-5288.

# CONSEILS UTILES

• Pour brunir ou faire dorer les aliments uniformément, assurez-vous qu'ils sont déposés dans une couche étalée également et sans aucun chevauchement au fond de la plaque Cook & Crisp™ ou de la marmite de cuisson. Si les ingrédients se chevauchent, assurez-vous de les remuer à mi-cuisson.

• Pour les petits ingrédients qui pourraient tomber à travers la grille de lèchefrite superposée, nous recommandons de les emballer d'abord dans du papier parchemin ou du papier d'aluminium.

• Lorsque vous passez de la cuisson sous pression à l'utilisation du couvercle de cuisson croustillante, nous recommandons de vider la marmite de tout restant de liquide pour obtenir des résultats plus croustillants.

• Appuyez et maintenez enfoncées les flèches TIME (durée) haut et bas pour faire défiler la durée plus rapidement sur l'écran jusqu'à celle désirée.

• Utilisez le mode Keep Warm (garder chaud) pour maintenir vos aliments chauds à une température sécuritaire après la cuisson. Pour empêcher que la nourriture ne s'assèche, nous vous recommandons de garder le couvercle à pression fermé et d'utiliser cette fonction juste avant de servir. Pour réchauffer la nourriture froide, utilisez la fonction Air Crisp (croustillant par convec.).

# PIÈCES DE RECHANGE

Pour commander des pièces et des accessoires supplémentaires, visitez le **ninjaaccessories.com** ou communiquez avec le service à la clientèle, au 1 877 646-5288.



## GARANTIE LIMITÉE D'UN (1) AN

La garantie limitée d'un an s'applique aux achats effectués auprès de détaillants autorisés de **SharkNinja Operating LLC.** La garantie s'applique uniquement au premier propriétaire et au produit original et n'est pas transférable.

SharkNinja garantit ce produit contre toute défectuosité de matériau ou de main-d'œuvre pour une période d'un (1) an à compter de la date d'achat, dans le cadre d'un usage domestique normal et si le produit est entretenu conformément aux exigences décrites dans le guide de l'utilisateur, sujet aux conditions, aux exclusions et aux exceptions ci-dessous.

**Qu'est-ce qui est couvert par cette garantie?**
1. L'appareil d'origine et/ou des pièces inusables considérés comme défectueux, à la seule discrétion de SharkNinja, seront réparés ou remplacés jusqu'à un (1) an à compter de la date d'achat initiale.

2. Dans le cas d'un remplacement de l'appareil, la garantie prendra fin six (6) mois après la date de réception de l'appareil de remplacement ou pendant le reste de la période de garantie existante, selon la période la plus longue. SharkNinja se réserve le droit de le remplacer par un appareil de valeur égale ou supérieure.

**Qu'est-ce qui n'est pas couvert par cette garantie?**
1. L'usure normale des pièces d'usure (comme les contenants de mélange, les couvercles, les tasses, les lames, les marmites amovibles, les grilles, les moules et les bases de mélangeur, etc.) qui nécessitent un entretien ou un remplacement périodique afin d'assurer le bon fonctionnement de votre appareil n'est pas couverte par cette garantie. Vous pouvez faire l'achat de pièces de rechange en visitant le **ninjaaccessories.com**.

2. La garantie ne s'applique pas aux appareils utilisés de façon abusive ou à des fins commerciales.

3. Les dommages causés par une mauvaise utilisation, un abus, une négligence lors de la manipulation, un manquement à l'entretien nécessaire (par exemple : le fait de ne pas laisser le bloc moteur à l'abri de renversements d'aliments et d'autres débris), ou un dommage dû à une mauvaise manipulation pendant le transport.

4. Les dommages indirects et accessoires.

5. Les défectuosités causées par des réparateurs non autorisées par SharkNinja. Ces défectuosités incluent les dommages causés lors du processus d'expédition, de modification ou de réparation du produit SharkNinja (ou de l'une de ses pièces) lorsque la réparation est effectuée par un réparateur non autorisé par SharkNinja.

6. Les produits achetés, utilisés ou mis en fonction à l'extérieur de l'Amérique du Nord.

**Comment obtenir du service**
Si votre appareil ne fonctionne pas comme il le devrait lors d'un usage domestique normal pendant la période de garantie, visitez le **ninjakitchen.com** pour obtenir de l'information sur les soins et entretien du produit que vous pouvez effectuer vous-même. Nos spécialistes du service à la clientèle sont aussi disponibles au **1 877 646-5288** pour de l'assistance sur les produits et les options de garantie de service offertes, y compris la possibilité de passer à nos options de garantie de service VIP pour certaines catégories de produits.

SharkNinja assumera les frais de retour de l'appareil à nos sites par le consommateur en vue de la réparation ou du remplacement de l'appareil. Un montant de 19,95 $ (sujet à modification) sera facturé lorsque SharkNinja expédiera l'appareil réparé ou remplacé.

**Comment présenter une demande de service sous garantie**
Veuillez noter que vous devez téléphoner au **1 877 646-5288** pour soumettre une réclamation au titre de la garantie. Vous aurez besoin du reçu comme preuve d'achat. Un spécialiste du service à la clientèle vous fournira les directives d'emballage et de retour.

**De quelle manière les lois d'État s'appliquent-elles?**
Cette garantie vous accorde des droits spécifiques légaux et vous pouvez aussi bénéficier d'autres droits qui varient d'une province ou d'un État à l'autre. Certains États américains ou certaines provinces canadiennes n'acceptent pas l'exclusion ou la limitation de dommages accessoires ou indirects, ce qui fait que cette disposition peut ne pas s'appliquer à votre cas.

**ESPAÑOL**

# GRACIAS
**por comprar la olla a presión Ninja® Foodi® TenderCrisp™**



## REGISTRE SU COMPRA

 registeryourninja.com

 Escanee el código QR con un
dispositivo móvil

## GUARDE ESTA INFORMACIÓN

Número de modelo: _____

Número de serie: _____

Fecha de compra: _____
(conserve el recibo)

Tienda de compra: _____

## ESPECIFICACIONES TÉCNICAS

Voltaje:   120 V~, 60 Hz

Vatios:    1460 W

**CONSEJO:** Encontrará el número
de modelo y de serie en la etiqueta
del código QR, ubicada en la parte
posterior de la unidad, al lado del
cable de alimentación.

# ÍNDICE

**Salvaguardas importantes. . . . . . . . . . . . . . . . . . . . . . . . . . . . 54**

**Piezas y accesorios . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 58**

**Cómo utilizar el panel de control . . . . . . . . . . . . . . . . . . . . . . 60**
Botones de funciones . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 60
Botones de funcionamiento . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 60

**Antes del primer uso. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 61**
Instalación del colector de condensación. . . . . . . . . . . . . . . . . .61
Extracción y reinstalación de la tapa antiobstrucción . . . . . . . .61

**Cómo usar su olla a presión Foodi® TenderCrisp™ . . . . . . . . 62**
Cambie la tapa. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 62
Cómo usar la tapa para comida crocante. . . . . . . . . . . . . . . . . . 62
Cómo usar las funciones de cocción con la
tapa para comida crocante. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 62
    Air Crisp (crocante al aire) . . . . . . . . . . . . . . . . . . . . . . . . . 62
    Bake/Roast (hornear/tostar) . . . . . . . . . . . . . . . . . . . . . . . . 63
    Broil (asar a la parrilla) . . . . . . . . . . . . . . . . . . . . . . . . . . . . 64
    Dehydrate (deshidratar) . . . . . . . . . . . . . . . . . . . . . . . . . . . 65
Familiarización con la cocción a presión. . . . . . . . . . . . . . . . . . . 66
Liberación de presión natural versus liberación
de presión rápida . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 67
Presurización . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 67
Instalación y extracción de la tapa de presión. . . . . . . . . . . . 68
Cómo usar las funciones de cocción con la tapa de presión . 69
    Pressure Cook (cocción a presión) . . . . . . . . . . . . . . . . . . . 69
    Steam (vapor) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 70
    Slow Cook (cocción lenta) . . . . . . . . . . . . . . . . . . . . . . . . . .71
    Yogurt (yogur) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 72
    Sear/Sauté (soasar/saltear). . . . . . . . . . . . . . . . . . . . . . . . 73

**Accesorios Adicionales para comprar . . . . . . . . . . . . . . . . . . . 74**

**Limpieza y mantenimiento . . . . . . . . . . . . . . . . . . . . . . . . . . . . 75**
Limpieza: Lavavajillas y lavado a mano . . . . . . . . . . . . . . . . . . . 75
Extracción y reinstalación del anillo de silicona. . . . . . . . . . . . 75

**Guía de solución de problemas. . . . . . . . . . . . . . . . . . . . . . . . . 76**

**Consejos útiles . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 78**

**Piezas de repuesto . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 78**

**Garantía. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 79**

# SALVAGUARDAS IMPORTANTES

**SOLO PARA USO DOMÉSTICO • LEA TODAS LAS INSTRUCCIONES ANTES DE USAR**

**ESPAÑOL**

**Al utilizar aparatos eléctricos, siempre se deben seguir las precauciones de seguridad básicas, que incluyen las siguientes:**

⚠️ **ADVERTENCIA**

**1** **NO** use un cable de extensión. Se utiliza un cable de alimentación corto para reducir el riesgo de que los niños agarren el cable o se enreden, así como para reducir el riesgo de que las personas se tropiecen con un cable más largo.

**2** Para disminuir el riesgo de descarga eléctrica, cocine únicamente en la olla que se incluye o en un recipiente recomendado por SharkNinja, colocado dentro de la olla que se incluye. **NO** use el aparato sin la olla extraíble instalada.

**3** Para eliminar un peligro de asfixia para los niños pequeños, retire y deseche la cubierta protectora instalada en el enchufe de este aparato.

**4** **SIEMPRE** asegúrese de que el aparato esté correctamente ensamblado antes de usarlo.

**5** **NO** toque superficies calientes. Las superficies del aparato están calientes durante y después del funcionamiento. Para evitar quemaduras o lesiones personales, utilice **SIEMPRE** almohadillas antitérmicas protectoras o guantes de horno aislantes, y utilice los mangos y las perillas disponibles.

**6** El producto se diseñó para usarlo en encimeras únicamente. Asegúrese de que la superficie esté nivelada, limpia y seca.

**7** **NO** coloque el aparato encima ni cerca de un quemador caliente a gas o eléctrico o en un horno caliente.

**8** Este aparato cocina bajo presión. El uso inadecuado puede dar lugar a lesiones por quemaduras. Asegúrese de que la unidad se encuentre cerrada adecuadamente antes de usarla. Consulte las instrucciones de funcionamiento.

**9** Para protegerse contra las descargas eléctricas no sumerja los cables, enchufes, la base de la olla a presión o la tapa para comida crujiente en agua u otro líquido. **NO** enjuague esas piezas debajo del grifo.

**10** **NO** cubra las válvulas de presión.

**11** Cuando no se encuentre en uso y antes de limpiarla, desenchúfela del tomacorriente. Deje que se enfríe antes de ponerle o quitarle piezas.

**12** Se debe proceder con extrema precaución cuando la olla a presión contenga aceite, alimentos o líquidos calientes, o cuando esté bajo presión. El uso inadecuado, incluso mover la olla, puede originar lesiones personales. Cuando use este aparato para cocinar a presión, asegúrese de que la tapa esté adecuadamente ensamblada y trabada en su posición antes de usarla.

**13** **NO** mueva el aparato cuando esté en uso.

**14** Utilice únicamente los mangos laterales para cargar o trasladar el aparato.

**15** La olla de cocción extraíble puede ser muy pesada cuando está llena de ingredientes. Se debe tener cuidado al levantar la olla de la base de la olla a presión.

**16** **NO** coloque comida ni líquido directamente en la unidad sin que esté instalada la olla. Sólo la olla de cocción extraíble está diseñada para contener comida o líquido.

**17** Para prevenir el riesgo de explosión y lesiones, use solo anillos de silicona SharkNinja. NO la use si está rota o dañada.

**18** Antes de colocar la olla de cocción extraíble en la base de la olla a presión, asegúrese de que la olla y la base estén secas secándola con un trapo suave.

**19** **NO** saltee ni fría con aceite mientras la cocción sea a presión.

**20** **NUNCA** use la configuración SLOW COOK (cocción lenta) sin alimentos ni líquidos en la olla de cocción extraíble.

**21** **NO** use este aparato para freír.

**22** **NO** exceda el nivel de llenado de PRESSURE MAX (presión máxima) de la olla de cocción mientras la cocción sea a presión. El sobrellenado puede causar lesiones personales o daños a la propiedad, o afectar el uso seguro del aparato.

**23** Cuando cocine a presión alimentos que se expanden (como vegetales secos, guisantes, granos, arroz, etc.) **NO** llene la olla más de la mitad, o de acuerdo con las instrucciones en una receta Ninja® Foodi®.

**24** **SIEMPRE** siga las cantidades máximas y mínimas de líquido como se indica en las instrucciones y recetas.

**25** Los alimentos como puré de manzana, arándanos, cebada perlada, avena u otros cereales, guisantes, fideos, macarrones, ruibarbo o espaguetis pueden espumar, vaporizar y chisporrotear cuando se cocina a presión, lo cual obstruye la válvula de liberación de presión. Estos y alimentos similares que se expanden (como los vegetales secos, guisantes, granos y el arroz) no se deben cocinar en una olla a presión, excepto si se hace de acuerdo con una receta de Ninja Foodi.

**26** Antes del uso, **SIEMPRE** verifique si hay algún atasco u obstrucción en la válvula de liberación de presión y la válvula del flotador roja, y límpielas si es necesario. Asegúrese de que la válvula del flotador roja sobre la tapa de presión se mueva libremente.

**27** **NO** intente abrir la tapa durante la cocción o después de cocinar a presión hasta que toda la presión interna haya sido liberada a través de la válvula de liberación de presión y la unidad se haya enfriado ligeramente.

Si la tapa no gira para destrabarse, esto indica que el aparato todavía está bajo presión; **NO** fuerce la tapa para que se abra. Cualquier presión restante puede ser peligrosa. Deje que la unidad libere la presión de forma natural o gire la válvula de liberación de presión a la posición de VENT (ventilación) para liberar el vapor. Tenga cuidado de evitar el contacto con el vapor que se libera para evitar quemaduras o lesiones. Cuando se haya liberado completamente el vapor, la válvula del flotador roja estará en la posición inferior, lo que permite que la tapa sea retirada.

**28** **SIEMPRE** mantenga las manos, el rostro y otras partes del cuerpo alejadas de la válvula de liberación de presión antes de liberar la presión y mientras se libere. Puede escapar más vapor cuando abra la tapa de presión.

**29** **NO** use una olla de cocción extraíble, un anillo de silicona o una tapa dañada. Reemplácelo antes del uso.

**30** **SIEMPRE** asegúrese de que el anillo de silicona esté instalado y la tapa esté cerrada adecuadamente antes de su funcionamiento.

**31** Se necesita la supervisión estricta de un adulto cuando este aparato se use cerca de los niños.

**32** Inspeccione de forma regular el aparato y el cable de alimentación. **NO** use el aparato si hay daños en el cable de alimentación o en el enchufe. Si el aparato funciona mal o se ha dañado de alguna manera, deje de usarlo inmediatamente y llame al Servicio al Cliente. Devuelva el aparato a SharkNinja Operating LLC para su examinación, reparación o ajuste.

# CONSERVE ESTAS INSTRUCCIONES

# SALVAGUARDAS IMPORTANTES

**SOLO PARA USO DOMÉSTICO • LEA TODAS LAS INSTRUCCIONES ANTES DE USAR**

**33** El uso de aditamentos o accesorios no recomendados o vendidos por SharkNinja puede dar lugar a incendios, descargas eléctricas o lesiones.

**34** Este aparato está diseñado para uso doméstico únicamente. **NO** utilice este aparato para nada que no sea su uso previsto. **NO** lo use en vehículos o embarcaciones en movimiento. **NO** lo use al aire libre. El uso incorrecto puede causar lesiones.

**35** Para evitar el contacto con el vapor ardiente, **NO** ponga su mano directamente sobre la válvula de liberación de presión.

**36** Para evitar el riesgo de quemaduras o mal funcionamiento de la olla a presión, asegúrese de que el cierre hermético de silicona esté limpio y adherido adecuadamente a la tapa antes de la cocción.

**37** Cuando la olla de cocción extraíble se encuentre vacía, **NO** la caliente durante más de 10 minutos, ya que el hacerlo podría dañar la superficie de cocción.

**38** Se debe proceder con precaución al soasar carnes y saltear en aceite caliente. Mantenga las manos y el rostro alejados de la olla de cocción extraíble, especialmente cuando añada nuevos ingredientes, ya que el aceite caliente puede salpicar.

**39** Debe proceder con precaución al abrir la tapa. El vapor se escapa tan pronto como se abre la tapa. **NUNCA** coloque el rostro ni las manos sobre la unidad cuando retire la tapa. **SIEMPRE** use guantes de horno al manipular la olla de cocción extraíble caliente.

**40** **NO** use esta unidad para cocinar arroz instantáneo.

**41** Cuando use las configuraciones SLOW COOK (cocción lenta) o SEAR/SAUTÉ (soasar/saltear) con la tapa de presión cerrada, **SIEMPRE** mantenga la válvula de liberación de la presión en la posición VENT (ventilación). Si la tapa está trabada y la válvula de liberación de presión está en la posición SEAL (cierre hermético), sonará una alarma audible. Aparecerá el código de error "VENT" (ventilación) en la pantalla de LED que señala la necesidad de girar la válvula de liberación de presión a la posición VENT (ventilación).

**42** Al usar la configuración de PRESSURE COOK (cocción a presión), **SIEMPRE** mantenga la tapa de presión trabada y la válvula de liberación de presión en la posición girada en el sentido contrario a las agujas del reloj de SEAL (cierre hermético).

**43** **NO** use limpiadores abrasivos, almohadillas de acero ni estropajos para limpiar la olla a presión.

**44** El alimento derramado puede provocar quemaduras graves. Mantenga el aparato y el cable lejos de los niños. **NUNCA** deje el cable colgando sobre el borde de la mesada. **NUNCA** use un tomacorriente que esté debajo de la mesada. **NUNCA** la use con un cable de extensión.

**45** Para prevenir el contacto de la comida con los elementos de calor, **NO** llene de más la gaveta Cook & Crisp™.

**46** **NO** cubra la válvula de entrada de aire o la válvula de salida de aire mientras la tapa de comida crocante esté cerrada. Hacerlo evitará que la cocción sea pareja y puede dañar la unidad o hacer que se sobrecaliente.

**47** Cuando la unidad esté en funcionamiento, el vapor caliente se libera a través de la válvula de salida de aire. Coloque la unidad de forma que la ventilación no esté dirigida hacia el cable de alimentación, los tomacorrientes u otros aparatos. Mantenga sus manos y rostro a una distancia segura de la ventilación.

**48** La olla de cocción, la gaveta Cook & Crisp™ y el estante reversible se calientan en extremo durante el proceso de cocción. Evite el vapor y el aire calientes quitando la olla de cocción y la gaveta Cook & Crisp del aparato y **SIEMPRE** colóquelas en una superficie resistente al calor después de quitarlas. **NO** toque los accesorios durante o inmediatamente después de la cocción.

**49** **NUNCA** conecte este aparato a un interruptor de temporizador externo o a un sistema de control remoto separado.

**50** En caso de que la unidad emita humo negro, desenchúfela de inmediato y espere que pare el humo antes de quitar la olla de cocción y la gaveta Cook & Crisp.

**51** Deje que el aparato se enfríe durante aproximadamente 30 minutos antes de manipularlo, limpiarlo o guardarlo.

**52** Para evitar posibles daños causados por el vapor, coloque la unidad lejos de paredes y alacenas durante su uso.

**53** Al usar este aparato, proporcione un espacio adecuado por encima y a todos los lados para permitir la circulación del aire.

**54** **NO** use la olla de cocción, la gaveta Cook & Crisp, el estante reversible ni cualquier otro accesorio en un microondas, horno tostador, horno de convección, horno convencional o sobre placas de cocción de cerámica, hornallas eléctricas, quemador a gas o parrilla externa.

**55** Asegúrese de que la unidad esté limpia antes del uso. Consulte la sección de limpieza y mantenimiento del aparato para obtener información sobre su mantenimiento habitual. Devuelva el aparato a SharkNinja Operating LLC para cualquier otra reparación.

**56** **NO** permita que el cable de alimentación entre en contacto con superficies calientes.

**57** Extreme las precauciones al retirar la tapa de presión luego de cocinar. El vapor que se encuentra en el interior puede producir quemaduras graves. **SIEMPRE** levante y aleje la tapa cuando la quite.

**58** La tensión del tomacorriente puede variar, afectando el funcionamiento de su producto. Para prevenir posibles enfermedades, use un termómetro para comprobar que sus alimentos estén cocinados a las temperaturas recomendadas por la Administración de Alimentos y Medicamentos.

**59** Extreme las precauciones al cerrar la tapa de comida crocante, cuidando que nada quede atrapado o apretado por la bisagra.

**60** **NO** altere, desarme o de otra forma quite la válvula de flotación roja ni el ensamble de liberación de presión.

**61** Para desconectar, coloque cualquier control en "off" (apagado) y luego retire el enchufe del tomacorriente.

# CONSERVE ESTAS INSTRUCCIONES

# PIEZAS Y ACCESORIOS

## PIEZAS

A   Bandeja reversible

B   Gaveta Cook & Crisp™

C   Difusor extraíble

D   Olla de cocción extraíble 6,2 litros (6,5 cuartos)

E   Tapa de comida crocante

F   Escudo de calor

G   Panel de control

H   Base de la olla a presión

I   Tapa de presión

J   Válvula de liberación de presión

K   Válvula de flotación roja

L   Anillo de silicona

M   Tapa antiobstrucción

N   Válvula de salida de aire

O   Colector de condensación















Reverso de la tapa de presión



## ACCESORIOS (SE VENDEN POR SEPARADO)

P   Inserto segmentado Cook & Crisp™

Q   Sartén multiuso

R   Inserto de bandeja para rostizar

S   Bandeja de deshidratación

T   Molde de pan

U   Molde para freír













# CÓMO UTILIZAR EL PANEL DE CONTROL



## BOTONES DE FUNCIÓN

**PRESSURE (presión):** Úsela para cocinar la comida rápidamente y, a la vez, mantenerla tierna.

**STEAM (vapor):** Úselo para cocinar suavemente las comidas delicadas a una temperatura alta.

**SLOW COOK (cocción lenta):** Cocina su comida a una temperatura más baja por períodos de tiempo más largos.

**YOGURT (yogur):** Pasteuriza y fermenta la leche para hacer yogur casero cremoso.

**SEAR/SAUTÉ (soasar/saltear):** Para usar la unidad como una hornalla para dorar carnes, saltear vegetales, hervir salsas y más.

**AIR CRISP (crocante con aire):** Para usar la unidad como freidora con aire para hacer que las comidas sean crujientes y crocantes con poco aceite o sin él.

**BAKE/ROAST (hornear/tostar):** Para usar la unidad como un horno para comidas tiernas, manjares horneados y más.

**BROIL (asar):** Úselo para caramelizar y asar su comida.

**DEHYDRATE (deshidratar):** Deshidrate las comidas, frutas y verduras para unos bocadillos saludables.

## BOTONES DE FUNCIONAMIENTO

**Flechas TEMP (temperatura):** Use las flechas TEMP (temperatura) hacia arriba y hacia abajo para ajustar la temperatura de cocción y/o el nivel de presión.

**Flechas TIME (tiempo):** Use las flechas TIME para ajustar el tiempo de cocción.

> **NOTA:** Durante la cocción, para ajustar la temperatura o el tiempo, use las flechas hacia arriba y abajo. Entonces la unidad se reiniciará con esas configuraciones.

**Botón START/STOP (iniciar/detener):** Presione el botón START/STOP (iniciar/detener) después de elegir su temperatura (o presión) y el tiempo para iniciar la cocción. Presionar este botón mientras la unidad esté cocinando parará la función.

**Botón KEEP WARM (mantener caliente):** Después de cocinar a presión, a vapor o en cocción lenta, la unidad cambiará automáticamente al modo Keep Warm (mantener caliente) e iniciará el conteo. Keep Warm permanecerá activo por 12 horas, o puede presionar KEEP WARM (mantener caliente) para apagarlo. El modo Keep Warm (mantener caliente) no tiene por objeto calentar comida que está fría, sino mantenerla caliente a una temperatura segura para la comida.

**Botón POWER (encendido):** El botón de encendido cierra la unidad y cesan todos los modos de cocción.

### MODO STANDBY (espera)

Después de 10 minutos sin interacción con el panel de control, la unidad entrará en modo de espera.

# ANTES DEL PRIMER USO

**1** Retire y descarte cualquier material de embalaje, etiquetas promocionales y cinta adhesiva de la unidad.

**2** Retire todos los accesorios del paquete y lea detenidamente este manual. Preste especial atención a las instrucciones operativas, advertencias y salvaguardias importantes para evitar cualquier lesión o daño a la propiedad.

**3** Lave la tapa de presión, el anillo de silicona, la olla de cocción extraíble, la gaveta Cook & Crisp™, la bandeja reversible y el colector de condensación en agua tibia con jabón, y luego enjuague y seque bien. **NUNCA** limpie la base de la olla a presión ni la tapa de presión en el lavavajillas. Verifique que en la tapa de presión no haya suciedad que obstruya las válvulas.

**4** El anillo de silicona es reversible y se puede insertar en cualquier dirección. Inserte el anillo de silicona alrededor del borde externo de la bandeja del anillo de silicona en el reverso de la tapa. Asegúrese de que esté completamente insertado y se encuentre plano debajo de la bandeja del anillo.



## INSTALACIÓN DEL COLECTOR DE CONDENSACIÓN

Para instalar el colector de condensación, deslícelo en la ranura de la base de la olla a presión. Deslícelo para quitarlo para su lavado a mano después de cada uso.



> **NOTA:** Antes de cada uso, asegúrese de que el anillo de silicona esté bien colocado en la bandeja del anillo de silicona y la tapa antiobstrucción esté colocada adecuadamente sobre la válvula de liberación de presión.

## EXTRACCIÓ Y REINSTALACIÓN DE LA TAPA ANTIOBTRUCCIÓN

Asegúrese de que el tapón antibloqueo esté en la posición correcta antes de usar la tapa de presión. El tapón antibloqueo cuida que la válvula interior de la tapa de presión no se obstruya y protege a los usuarios de posibles salpicaduras de alimentos. Se debe limpiar después de cada uso con un cepillo de limpieza. Para retirarlo, sujete el el tapón antibloqueo con sus dedos pulgar e índice, y luego rote su muñeca en sentido horario.







# CÓMO USAR SU OLLA A PRESIÓN FOODI® TENDERCRISP™

## CAMBIE LA TAPA

Las dos tapas le permiten una transición eficiente entre todos sus métodos de cocción favoritos. Use la tapa de presión para tiernizar, luego use la tapa para comida crocante para hacer que su comida sea crocante.

## CÓMO USAR LA TAPA PARA COMIDA CROCANTE

La tapa para comida crocante está fijada a la unidad con una bisagra y tiene un diseño fácil de abrir. La tapa se puede abrir durante cualquier función de cocción y convección para que usted pueda controlar y acceder a los ingredientes. Cuando la tapa esté abierta, la cocción se detendrá, el cronómetro hará una pausa y los elementos de calor en la tapa se apagarán. Cuando la tapa esté cerrada, la cocción comenzará nuevamente y el cronómetro reanudará la cuenta regresiva.

## CÓMO USAR LAS FUNCIONES DE COCCIÓN CON LA TAPA DE COMIDA CROCANTE

Para encender la unidad, enchufe el cable de alimentación a un tomacorriente y luego presione el botón Power (encendido).

### Air Crisp (crocante con aire)

**1** Presione el botón AIR CRISP (crocante con aire). La configuración de temperatura predeterminada se mostrará. Use las flechas TEMP (temperatura) hacia arriba y hacia abajo para elegir la temperatura entre 148°C (300°F) y 205°C (400°F).

**2** Utilice los botones TIME (tiempo) hacia arriba y hacia abajo para fijar el tiempo de cocción en incrementos de hasta 1 hora.



**3** Con la olla instalada, coloque la gaveta Cook & Crisp™ o la bandeja reversible en la olla. La gaveta debe tener el difusor anexo.



> **NOTA:** Se recomienda precalentar la unidad por 5 minutos antes de agregar los ingredientes. Si se precalienta, antes del paso 4, cierre la tapa y presione el botón START/STOP (iniciar/detener) para comenzar.

**4** Agregue ingredientes a la gaveta Cook & Crisp™ o a la bandeja reversible. Cierre la tapa y presione el botón START/STOP (iniciar/detener) para comenzar la cocción.



**5** Durante la cocción, usted puede abrir la tapa y sacar la gaveta levantándola para sacudir y dar vuelta los ingredientes para un dorado parejo, si se necesita. Cuando lo haya hecho, baje la gaveta nuevamente en la olla y cierre la tapa. Se reanudará la cocción automáticamente después de que se cierre la tapa.



> **NOTA:** Si presiona el botón START/STOP (iniciar/detener) mientras esté en el modo Air Crisp (crocante al aire), la unidad esperará 10 segundos antes de ingresar en el modo Standby (pausa).

**6** Cuando haya pasado el tiempo de cocción, la unidad hará un pitido.

### BAKE/ROAST (hornear/tostar)

**1** Presione el botón BAKE/ROAST (hornear/tostar). La configuración de temperatura predeterminada se mostrará. Use las flechas TEMP (temperatura) hacia arriba y hacia abajo para elegir la temperatura entre 125°C (250°F) y 205°C (400°F).



**2** Utilice las flechas TIME (tiempo) hacia arriba y hacia abajo para fijar el tiempo de cocción en incrementos de minutos hasta 4 horas. Después de 1 hora, usted puede aumentar el tiempo en incrementos de 5 minutos hasta 4 horas.



> **NOTA:** Si funciona por 1 hora o menos, el reloj hará la cuenta regresiva en minutos y segundos. Si funciona por 1 hora o más, el reloj hará la cuenta regresiva en minutos solamente.

> **NOTA:** Se recomienda precalentar la unidad por 5 minutos antes de agregar los ingredientes. Si se precalienta, antes del paso 3, cierre la tapa y presione el botón START/STOP (iniciar/detener) para comenzar.

**3** Agregue los ingredientes, junto con los accesorios que se solicitan en su receta, a la olla. Cierre la tapa y presione el botón START/STOP (iniciar/detener) para comenzar la cocción.

**4** Cuando haya pasado el tiempo de cocción, la unidad hará un pitido.

# CÓMO USAR SU OLLA A PRESIÓN FOODI® TENDERCRISP™ – CONTINUACIÓN

## Broil (asar)

**1** Presione el botón BROIL (asar).



> **NOTA:** No hay ningún ajuste de temperatura disponible o necesario cuando se utiliza la función de Broil (asar).

**2** Utilice las flechas TIME hacia arriba y hacia abajo para fijar el tiempo de cocción en incrementos de minutos hasta 30 minutos.



**3** Coloque la bandeja reversible en la olla en la posición superior para asar y siga las instrucciones de la receta.



**4** Coloque los ingredientes en la bandeja, luego cierre la tapa.



**5** Presione el botón START/STOP (iniciar/detener) para comenzar la cocción.



**6** Cuando haya pasado el tiempo de cocción, la unidad hará un pitido.

## Dehydrate (deshidratar)

**1** Presione el botón DEHYDRATE (deshidratar). La configuración de temperatura predeterminada se mostrará. Use las flechas TEMP (temperatura) hacia arriba y hacia abajo para elegir la temperatura entre 41°C (105°F) y 91°C (195°F).



**2** Utilice las flechas TIME (tiempo) hacia arriba y hacia abajo para fijar el tiempo de cocción en incrementos de 15 minutos hasta 12 horas.



**3** Coloque los ingredientes en el fondo de la gaveta Cook & Crisp™.



**4** Si está incluida en su modelo o los compra por separado, agregue los ingredientes al inserto segmentado Cook & Crisp* en la gaveta Cook & Crisp para crear dos niveles de deshidratación.



> **NOTA:** Para cinco niveles de capacidad, use la bandeja deshidratante** directamente en la olla de cocción.

**5** Presione el botón START/STOP (iniciar/detener) para comenzar la deshidratación.



**6** Cuando haya pasado el tiempo de cocción, la unidad hará un pitido.

*Si el inserto segmentado Cook & Crisp no está incluido con su unidad, lo puede comprar en ninjaaccesories.com.

**La bandeja deshidratante se vende por separado en ninjaaccesories.com.

# CÓMO USAR SU OLLA A PRESIÓN FOODI®
## TENDERCRISP™ – CONTINUACIÓN

### FAMILIARIZACIÓN CON LA COCCIÓN A PRESIÓN

Para familiarizarse con la función de Pressure Cook (cocción a presión) y comenzar a cocinar, es muy recomendable que los usuarios por primera vez realicen una ejecución inicial.

1  Coloque la olla en la base de la olla a presión y añada 3 tazas de agua a temperatura ambiente a la olla.



2  Ensamble la tapa de presión alineando la flecha en la parte delantera de la tapa con la flecha en la parte delantera de la base de la olla a presión. A continuación, gire la tapa en el sentido de las agujas del reloj hasta que quede trabada.



3  Asegúrese de que la válvula de liberación de presión en la tapa esté en la posición de SEAL (cierre hermético).



4  Presione el botón PRESSURE (presión). Por defecto, la unidad aplicará presión alta (HI). Configure el tiempo en 2 minutos y presione el botón START/STOP (iniciar/detener) para comenzar.



5  Su Foodi comenzará a generar presión, indicada por las luces giratorias. La unidad iniciará una cuenta regresiva cuando esté completamente presurizada.



6  Cuando haya terminado la cuenta regresiva, la Foodi emitirá un pitido, cambiará automáticamente al modo Keep Warm (mantener caliente) y comenzará a contar.



7  Gire la válvula de liberación de presión a la posición de VENT (ventilación) para liberar rápidamente el vapor presurizado. Una rápida ráfaga de vapor saldrá de la válvula de liberación de presión. Cuando se haya liberado completamente el vapor, la unidad estará lista para abrirse.



### LIBERACIÓN DE PRESIÓN NATURAL VERSUS LIBERACIÓN DE PRESIÓN RÁPIDA

**Liberación de presión natural:** Cuando haya finalizado la cocción a presión, el vapor se liberará naturalmente de la unidad a medida que se enfríe. Esto puede tardar hasta 20 minutos o más, de acuerdo con la cantidad de líquido y alimentos en la olla. Durante este tiempo, la unidad cambiará al modo Keep Warm (mantener caliente). Presione el botón KEEP WARM (mantener caliente) si le gustaría apagar el modo mantener caliente. Cuando haya finalizado la liberación de presión natural, caerá la válvula de flotador roja.

**Liberación de presión rápida:** Úsela **SOLAMENTE** si su receta lo requiere. Cuando haya finalizado la cocción a presión y la luz de KEEP WARM (mantener caliente) esté encendida, gire la válvula de liberación de presión a la posición de VENT (ventilación) para liberar inmediatamente la presión a través de la válvula.

Incluso después de liberar la presión de forma natural o utilizar la válvula de liberación de presión, algún vapor permanecerá en la unidad y se escapará cuando se abra la tapa. Eleve e inclínela en dirección opuesta a usted, asegurándose de que ninguna condensación gotee en la base de la olla a presión.



**NOTA:** En cualquier momento durante el proceso de liberación natural, puede cambiar a liberación rápida girando la válvula de liberación de presión a la posición de VENT (ventilación).

### PRESURIZACIÓN

A medida que la presión se acumule en la unidad, el panel de control mostrará luces giratorias. El tiempo de presurización varía, de acuerdo con la cantidad de ingredientes y el líquido en la olla. Cuando la unidad se presuriza, la tapa se trabará como medida de seguridad, y no se destrabará hasta que se libere la presión. Una vez que la unidad haya alcanzado la presión completa, la luz del ícono de la tapa de presión brillará firmemente. El ciclo de cocción a presión comenzará y el cronómetro comenzará la cuenta regresiva.



# CÓMO USAR SU OLLA A PRESIÓN FOODI® TENDERCRISP™ – CONTINUACIÓN

## INSTALACIÓN Y EXTRACCIÓN DE LA TAPA DE PRESIÓN

Coloque la tapa de presión encima de la unidad con el ▌ en la tapa y el ▲ en la base alineado uniformemente. Gire la tapa en el sentido de las agujas del reloj hasta que quede trabada.

Para desbloquear la tapa de presión, gírela en sentido contrario a las manecillas del reloj. Levante la tapa en un ángulo para evitar salpicones. No levante la tapa directamente hacia arriba.

**NOTA:** La tapa de presión no se destrabará hasta que la unidad esté completamente despresurizada.











## CÓMO USAR LAS FUNCIONES DE COCCIÓN CON LA TAPA DE PRESIÓN

Para encender la unidad, enchufe el cable de alimentación a un tomacorriente y luego presione el botón Power (encendido).

### Pressure Cook (cocción a presión)

**1** Coloque los ingredientes y al menos 118 ml (½ taza) de líquido a la olla, incluyendo un accesorio si su receta lo requiere. **NO** exceda la línea marcada PRESSURE MAX (presión máxima) cuando cocine a presión.



**NOTA:** Cuando cocine arroz, frijoles u otros ingredientes que se expanden, **NO** llene la olla más de la mitad.

**2** Siga los pasos a la izquierda para instalar la tapa a presión. Gire la válvula de liberación de presión a la posición de SEAL (cierre hermético).



**3** Presione el botón PRESSURE (presión). Se mostrará el nivel de presión predeterminado. Use las flechas TEMP (temperatura) hacia arriba y hacia abajo para elegir ya sea HIGH (alta) o LOW (baja).



**NOTA:** Si funciona por 1 hora o menos, el reloj hará la cuenta regresiva en minutos y segundos. Si funciona por 1 hora o más, el reloj hará la cuenta regresiva en minutos solamente.

**4** Utilice las flechas TIME (tiempo) hacia arriba y hacia abajo para fijar el tiempo de cocción en incrementos de 1 minuto hasta 1 hora, y en incrementos de 5 minutos de 1 hora a 4 horas.



**5** Presione el botón START/STOP (iniciar/detener). La pantalla mostrará las luces giratorias durante este momento. Cuando la unidad alcance la temperatura adecuada, comenzará la cuenta regresiva en el tiempo que usted fijó.



**6** Cuando haya finalizado el tiempo de cocción, la unidad emitirá un pitido, cambiará automáticamente al modo Keep Warm (mantener caliente) y comenzará a contar de 00:00.



**NOTA:** Cuando haya finalizado la cocción a presión, puede presionar el botón KEEP WARM (mantener caliente) para apagar el modo Keep Warm (mantener caliente).

**7** Deje que la unidad libere la presión de forma natural o, si lo indica la receta, gire la válvula de liberación de presión a la posición VENT (ventilación) para liberar rápidamente el vapor a través de la válvula.



# CÓMO USAR SU OLLA A PRESIÓN FOODI® TENDERCRISP™ – CONTINUACIÓN

### Steam (vapor)

**1** Añada al menos 1 taza de líquido (o la cantidad indicada en su receta) a la olla.



**2** Siga los pasos que se explican arriba para instalar la tapa a presión. Gire la válvula de liberación de presión a la posición VENT (ventilación).



**3** Presione el botón STEAM (vapor). Utilice las flechas TIME (tiempo) hacia arriba y hacia abajo para fijar el tiempo de cocción en incrementos de minutos hasta 30 minutos.



**4** Presione el botón START/STOP (iniciar/detener).

**5** La unidad se precalentará automáticamente para hacer que el líquido llegue al punto de hervor. La pantalla mostrará las luces giratorias durante este momento. Cuando la unidad alcance la temperatura adecuada, comenzará la cuenta regresiva en el tiempo que usted fijó.



**NOTA:** No hay ningún ajuste de temperatura disponible o necesario cuando se utiliza la función de Steam (vapor).



**NOTA:** Cuando haya finalizado la cocción a vapor, puede presionar el botón KEEP WARM (mantener caliente) para apagar el modo Keep Warm (mantener caliente).

**6** Cuando haya finalizado el tiempo de cocción, la unidad emitirá un pitido, cambiará automáticamente al modo Keep Warm (mantener caliente). Si aparece la válvula de flotador roja, espere a que caiga y luego puede abrir la tapa.

### Slow Cook (cocción lenta)

**1** Añada los ingredientes a la olla. **NO** exceda la línea marcada MAX (máxima) durante la cocción lenta.

**2** Siga los pasos que se explican arriba para instalar la tapa a presión. Gire la válvula de liberación de presión a la posición VENT (ventilación).



**3** Presione el botón SLOW COOK (cocción lenta). La configuración de temperatura predeterminada se mostrará. Use las flechas TEMP (temperatura) hacia arriba y hacia abajo para elegir la SLOW COOK (cocción lenta), ya sea HIGH (alta) o LOW (baja).



**4** Utilice las flechas TIME (tiempo) hacia arriba y hacia abajo para fijar el tiempo de cocción en incrementos de 15 minutos hasta 12 horas.



**5** Presione el botón START/STOP (iniciar/detener) para comenzar la cocción.

**NOTA:** La configuración de tiempo HIGH (alto) de Slow Cook (cocción lenta) puede ajustarse en cualquier lugar entre 4 y 12 horas; las configuraciones de tiempo LOW (bajo) de Slow Cook (cocción lenta) pueden ajustarse en cualquier lugar entre 6 y 12 horas.

**6** Cuando haya finalizado el tiempo de cocción, la unidad emitirá un pitido, cambiará automáticamente al modo Keep Warm (mantener caliente).

# CÓMO USAR SU OLLA A PRESIÓN FOODI® TENDERCRISP™ – CONTINUACIÓN

## Yogurt (yogur)

**1** Añada la cantidad deseada de leche a la olla.

**NOTA:** Si prefiere pasteurizar, enfriar y agregar cultivos activos sin utilizar la unidad, omita los pasos 1 a 9. En lugar de eso, presione la flecha hacia arriba TEMP (temperatura) para seleccionar FMNT (fermentar), presione las flechas TIME (cantidad de tiempo) para seleccionar la cantidad de tiempo de incubación, luego presione START/STOP (iniciar/detener) para comenzar.

**2** Coloque la tapa de presión y gire la válvula de liberación de presión a la posición VENT (ventilación).



**3** Presione SLOW COOK/YOGURT (cocinar lentamente/yogur) dos veces hasta que aparezca YGRT (yogur) en la pantalla. Presione las flechas de TEMP (temperatura) hacia arriba o hacia abajo para seleccionar YGRT (yogur) o FMNT (fermentar).



**4** Presione las flechas TIME (cantidad de tiempo) para ajustar la cantidad de tiempo de incubación en incrementos de 30 minutos entre 8 y 12 horas.



**NOTA:** La selección de un tiempo más largo producirá un yogur más ácido con una consistencia más espesa. Use 12 horas para lograr yogur de estilo griego.

**5** Presione START/STOP (iniciar/detener) para comenzar la pasteurización.

**6** La unidad mostrará BOIL (hervir) mientras pasteuriza. Cuando se alcanza la temperatura de pasteurización, la unidad emitirá un pitido y mostrará el mensaje COOL (enfriar).



**7** Una vez que se enfríe la leche, la unidad mostrará en sucesión ADD y STIR (agregar y mezclar).



**8** Retire la tapa de presión y quite la nata de la leche.

**9** Agregue cultivos activos de yogur a la leche y mézclelo para combinarlo. Instale la tapa de presión (la válvula podría estar en la posición VENT [ventilar] o seal [sellar]) y presione START/STOP (iniciar/detener) para que comience el proceso de incubación.



**10** La pantalla comenzará mostrando la cuenta regresiva. Cuando se complete el tiempo de incubación, la unidad hará un sonido de bip y mostrará DONE (listo).

**11** Refrigere el yogur hasta 12 horas antes de servirlo.

## Sear/Sauté (soasar/saltear)

**1** Instale la olla.



**2** Presione el botón SEAR/SAUTÉ (soasar/saltear). La configuración de temperatura predeterminada se mostrará. Utilice las flechas hacia arriba y hacia abajo para seleccionar una de las opciones de configuración (low (bajo), medium-low (medio-bajo), medium (medio), medium-high (medio-alto) o high (alto)).



**NOTA:** No hay ningún ajuste de tiempo disponible o necesario cuando se utiliza la función de Sear/Sauté (soasar/saltear).

**3** Presione el botón START/STOP (iniciar/detener) para comenzar la cocción.

**4** Para apagar la función Sear/Sauté (soasar/saltear), presione el botón START/STOP (iniciar/detener). Para cambiar a una función de cocción diferente, presione el botón de función correspondiente.

**NOTA:** Usted puede usar esta función ya sea con la tapa para comida crocante en la posición abierta o la tapa de presión con la válvula de liberación de presión en la posición VENT (ventilación).

**NOTA: SIEMPRE** use utensilios antiadherentes en la olla. **NO** use utensilios de metal, ya que ellos rasparán el recubrimiento antiadherente de la olla.

# ACCESORIOS ADICIONALES PARA COMPRAR

Ofrecemos una suite de accesorios a medida para su olla a presión Ninja® Foodi® TenderCrisp™. Visite **ninjaaccessories.com** para ampliar sus capacidades y llevar su cocina al próximo nivel.

### Sartén multiuso



- Con esta sartén, usted puede crear cazuelas burbujeantes, dips o pasteles dulces y salados, u hornear una torta esponjosa y húmeda con una capa dorada para el postre.
- Dimensiones: 22,23 cm (8,75") de diámetro x 6,4 cm (2,5") de alto

### Inserto de la bandeja para rostizar



- Use esta bandeja en la gaveta Cook & Crisp™ para hacer crujir los tacos los martes, asar unas costillas para el asado del domingo o tostar de forma pareja el pan de ajo para la noche de pasta.

### Inserto segmentado Cook & Crisp™



- Aumente la capacidad de la gaveta Cook & Crisp para que pueda crear comidas en capas y hacer deshidratado básico.
- Conserve varias comidas separadas mientras las cocina. Recaliente porciones de pizza y cocine papas fritas congeladas, bocadillos de pollo, hamburguesas y más.

### Bandeja de deshidratación



- 5 capas apilables le permiten deshidratar frutas y carnes o elaborar repollo rizado crujiente y rodajas de verduras fritas.

### Bandeja freidora para horno



- Perforada con agujeros para mejorar el flujo de aire, esta bandeja es grandiosa para freír y recalentar pizzas, quesadillas y verduras.
- Dimensiones: 22,9 cm (9") de diámetro x 1,9 cm (0,75") de alto

### Molde para pan en barra



- Nuestro molde especialmente diseñado es el accesorio para horno de tamaño perfecto para mezclas de pan, como con banana y calabaza.
- Dimensiones: 20,6 cm (8,25") x 10,6 cm (4,25") x 8,75 cm (3,5")

### Paquete extra de anillos de silicona



- El conjunto de 2 paquetes de anillos de silicona ayuda a mantener los sabores separados, uno cuando cocine comidas saladas y el otro cuando cocina comidas dulces.

# LIMPIEZA Y MANTENIMIENTO



### Limpieza: Lavavajillas y lavado a mano

La unidad debe limpiarse bien después de cada uso.

1  Desenchufe la unidad del tomacorrientes antes de limpiarla.

2  **NUNCA** coloque la base de la olla a presión en el lavavajillas, ni la sumerja en agua ni en otro líquido.

3  Para limpiar la base de la olla a presión y el panel de control, frótelos con un trapo húmedo.

4  La olla de cocción, el anillo de silicona, la bandeja reversible, la gaveta Cook & Crisp™ y el difusor extraíble se pueden lavar en lavavajillas.

5  La tapa de presión (incluidas la válvula de liberación de presión y la tapa antiobstrucción) se pueden lavar con agua y detergente para vajilla. **NO** lave la tapa de presión ni cualquiera de sus componentes en el lavavajillas, y **NO** separe la válvula de liberación de presión ni el ensamble de la válvula de flotación roja.

6  Para limpiar la tapa freidora, frótela con un trapo húmedo o con tollas de papel después de que el escudo de calor se enfríe.

7  Si quedan restos de comida pegados en la olla, la bandeja reversible o la gaveta Cook & Crisp, llene la olla con agua y permita que se remoje antes de limpiarla. **NO** use estropajos. Si es necesario fregar, use un limpiador no abrasivo o un jabón para vajilla líquido con una almohadilla de nailon o un cepillo.

8  Seque por completo todas las piezas luego de cada uso.



Anillo de silicona

Bandeja con anillo de silicona

### Extracción y reinstalación del anillo de silicona

Para retirar el anillo de silicona, tire de él hacia fuera, sección por sección, de la bandeja del anillo de silicona. El anillo se puede instalar con ambos lados hacia arriba. Para volver a instalarlo, presiónelo hacia abajo en la bandeja sección por sección.

Después del uso, elimine cualquier residuo de alimento del anillo de silicona y de la tapa antiobstrucción.

**Mantenga el anillo de silicona limpio para evitar el olor.** Lavarlo en agua tibia con jabón o en el lavavajillas puede eliminar el olor. Sin embargo, es normal que absorba el olor de ciertos alimentos ácidos. Se recomienda tener a mano más de un anillo de silicona. Puede comprar anillos de silicona adicionales en ninjaaccessories.com.

**NUNCA** extraiga el anillo de silicona con fuerza excesiva, ya que puede deformarlo y a la bandeja, y afectar la función de sellado a presión. Se debe reemplazar inmediatamente un anillo de silicona con grietas, cortes u otros daños.

# GUÍA DE SOLUCIÓN DE PROBLEMAS

**¿Por qué mi unidad tarda tanto en alcanzar la presión? ¿Cuánto tiempo tarda alcanzar la presión?**

• Los tiempos de cocción pueden variar según la temperatura seleccionada, la temperatura actual de la olla y la temperatura o cantidad de los ingredientes.

• Asegúrese de que el anillo de silicona esté completamente asentado y al ras contra la tapa. Si se instala correctamente, usted debe ser capaz de tirar ligeramente del anillo para rotarlo.

• Verifique que la tapa de presión esté completamente trabada y que la válvula de liberación de presión esté en la posición de SEAL (cierre hermético) durante la cocción a presión.

**¿Por qué la cuenta regresiva es tan lenta?**

• Es posible que haya fijado horas en lugar de minutos. Al fijar el tiempo, la pantalla mostrará HH:MM y el tiempo aumentará/disminuirá en incrementos de minutos.

**¿Cómo puedo saber cuándo se está presurizando la unidad?**

• Aparecerán las luces giratorias en la pantalla para indicar que la unidad está acumulando presión.

**Las luces giran en la pantalla cuando use la función Pressure (presión) o Steam (vapor).**

• Esto indica que la unidad está acumulando presión o precalentando cuando usa STEAM (vapor) o PRESSURE (presión). Cuando la unidad ha finalizado de acumular presión, el tiempo de cocción configurado comenzará la cuenta regresiva.

**Hay mucho vapor que sale de mi unidad cuando se utiliza la función Steam (vapor).**

• Es normal que el vapor se libere a través de la válvula de liberación de presión durante la cocción. Deje la válvula de liberación de presión en la posición VENT (ventilación) cuando use la función de Steam (vapor), Slow Cook (cocción lenta) y Sear/Sauté (soasar/saltear).

**¿Por qué no puedo retirar la tapa de presión?**

• Como medida de seguridad, la tapa de presión no se desbloqueará hasta que la unidad esté completamente despresurizada. Para liberar la presión, gire la válvula de alivio de presión hacia la posición VENT (ventilar) para liberar rápidamente el vapor presurizado. Una rápida ráfaga de vapor brotará de la válvula de alivio de presión. Cuando el vapor haya sido completamente liberado, la unidad estará lista para abrirse. Para desbloquear la tapa de presión, gírela en sentido antihorario. Levante la tapa en un ángulo para evitar salpicaduras. No levante la tapa directamente hacia arriba.

**¿Se supone que la válvula de liberación de presión debe estar floja?**

• Sí. El ajuste flojo de la válvula de liberación de presión es intencional; permite una transición rápida y fácil entre el SEAL (cierre hermético) y la VENT (ventilación) y ayuda a regular la presión liberando pequeñas cantidades de vapor durante la cocción para asegurar grandes resultados. Asegúrese de que se coloque lo más lejos posible hacia la posición SEAL (cierre hermético) durante la cocción a presión y lo más lejos posible hacia la posición VENT (ventilación) durante la liberación rápida.

**La unidad está silbando y no alcanza la presión.**

• Asegúrese de que la válvula de liberación de presión esté girada a la posición de SEAL (cierre hermético). Si ha hecho esto y todavía oye un silbido ruidoso, puede indicar que su cierre hermético de silicona no está completamente en su lugar. Presione START/STOP (iniciar/detener) para detener la cocción, VENT (ventilación) conforme sea necesario y retire la tapa de presión. Presione hacia abajo el anillo de silicona, asegurándose de que esté completamente insertado y se encuentre plano debajo de la bandeja del anillo. Una vez que se haya instalado completamente, usted debe ser capaz de tirar ligeramente del anillo para rotarlo.

**La unidad está haciendo un conteo progresivo en lugar de regresivo.**

• Ha finalizado el tiempo de cocción y la unidad se encuentra en el modo Keep Warm (mantener caliente).

**¿Cuánto tiempo tarda en despresurizarse la unidad?**

• El tiempo necesario para liberar la presión depende de la cantidad de alimentos en la unidad y puede variar de una receta a otra. Siempre asegúrese de que la válvula de flotación tenga descendido antes de intentar quitar la tapa. Si la unidad está demorando más de lo normal para despresurizarse, desconecte la unidad y espere hasta que la válvula de flotación descienda antes de retirar la tapa.

**El mensaje de error "POT" (olla) aparece en la pantalla de visualización.**

• La olla no está dentro de la base de la olla a presión. Se necesita la olla a presión para todas las funciones.

**El mensaje de error "LID" (tapa) aparece en la pantalla de visualización y centellea el ícono de la tapa.**

• Se instaló la tapa incorrecta para la función de cocción que usted desea. Coloque la tapa de presión sobre la unidad si quiere usar las funciones Pressure (presión), Slow Cook (cocción lenta), Steam (vapor), Sear/Sauté (soasar/saltear) o Keep Warm (mantener caliente) y asegúrese de que esté en la posición cerrada.

**El mensaje de error "SHUT" (cerrar) aparece en la pantalla de visualización.**

• La tapa freidora está abierta y debe cerrarse para que inicie la función elegida.

**El mensaje de error "VENT" (ventilación) aparece en la pantalla de visualización.**

• Cuando la configuración es Slow Cook (cocción lenta) o Sear/Sauté (soasar/saltear), y la unidad siente que se está generando presión, este mensaje indica que la válvula de liberación de presión está en la posición SEAL (cierre hermético).

• Gire la válvula de liberación de presión a la posición VENT (ventilación) y déjela allí durante el resto de la función de cocción.

• Si usted no gira la válvula de liberación de presión a la posición VENT (ventilación) en 5 minutos, el programa se cancelará y la unidad se cerrará.

**El mensaje de error "WATR" (agua) aparece en la pantalla de visualización cuando se usa la función Steam (vapor).**

• El nivel de agua está demasiado bajo. Añada más agua a la unidad para que la función continúe.

**El mensaje de error "WATR" (agua) aparece en la pantalla de visualización cuando se usa la función Pressure (presión).**

• Añada más líquido a la olla antes de reiniciar el ciclo de cocción a presión.

• Asegúrese de que la válvula de liberación de presión esté en la posición SEAL (cierre hermético).

• Asegúrese de que el anillo de silicona se haya instalado correctamente.

**"ERR1," "ERR2," "ERR3," "ERR4," "ERR5," "ERR8."**

• La unidad no está funcionando adecuadamente. Póngase en contacto con el servicio de atención al cliente llamando al 1-877-646-5288.

# CONSEJOS ÚTILES

- Para lograr un dorado uniforme, asegúrese de que los ingredientes estén colocados de manera uniforme y sin superponerse en la plancha Cook & Crisp™ o en la olla de cocción. Si los ingredientes se superponen, asegúrese de sacudirlos cuando haya transcurrido la mitad del tiempo de cocción establecido.

- Para ingredientes más pequeños que podrían caerse por la parrilla insertable para dorar, le recomendamos colocarlos primero en papel encerado o papel de aluminio.

- Cuando cambie de cocción a presión a utilizar la tapa para freír, le recomendamos vaciar cualquier líquido restante de la olla para obtener mejores resultados y alimentos más crujientes.

- Presione y mantenga oprimida las flechas arriba o abajo de TIME (tiempo) para llegar al tiempo deseado de forma más rápida.

- Use el modo de funcionamiento Keep Warm (mantener caliente) para mantener calientes los alimentos de manera segura después de cocinar. Para evitar que los alimentos se sequen, le recomendamos mantener cerrada la tapa de presión y utilizar esta función justo antes de servir. Para recalentar alimentos fríos, use la función Air Crisp (freír al aire).

# PIEZAS DE REPUESTO

Para solicitar piezas y accesorios adicionales, visite nuestro sitio web **ninjaaccessories.com** o comuníquese con nuestro servicio al cliente al 1-877-646-5288.

## GARANTÍA LIMITADA DE UN (1) AÑO

La garantía limitada de 1 año se aplica a las compras realizadas a los vendedores minoristas autorizados de **SharkNinja Operating LLC.** La cobertura de garantía se aplica solo al propietario y al producto originales, y no puede transferirse.

SharkNinja garantiza que la unidad original estará libre de defectos de materiales y de mano de obra durante un período de un (1) año desde la fecha de compra, siempre y cuando se use en condiciones domésticas normales y se efectúe su mantenimiento de acuerdo con los requisitos descritos en este manual del propietario, sujeto a las siguientes condiciones y exclusiones:

**¿Qué cubre esta garantía?**
1.   La unidad original o las piezas no portátiles que se consideren defectuosas, a discreción exclusiva de SharkNinja, serán reparados o reemplazados hasta de un (1) año a partir de la fecha de compra original.

2.   En el caso de que se entregue una unidad de reemplazo, la cobertura de la garantía termina seis (6) meses después de la fecha de recepción de la unidad de reemplazo o cuando termine el plazo restante de la garantía vigente, lo que sea posterior. SharkNinja se reserva el derecho a reemplazar la unidad con una de igual o mayor valor.

**¿Qué no cubre esta garantía?**
1.   El desgaste normal de las piezas portátiles (como los recipientes de licuado, las tapas, los vasos, las cuchillas, las bases de la licuadora, las ollas extraíbles, los estantes, los sartenes, etc.), que requieren un mantenimiento regular o un reemplazo para garantizar el correcto funcionamiento de su unidad, no están cubiertos por esta etc.), que requieren un mantenimiento regular o un reemplazo para garantizar el correcto funcionamiento de su unidad, no están cubiertos por esta garantía. Las piezas de repuesto están disponibles para su compra en **ninjaaccessories.com**.

2.   Cualquier unidad que haya sido alterada o usada con fines comerciales.

3.   Daños causados por mal uso, abuso, manejo negligente, no realizar el mantenimiento requerido (por ejemplo, no mantener el hueco de la base del motor libre de derrames de alimentos y otros deshechos), o daños debidos a un mal manejo en tránsito.

4.   Daños emergentes o incidentales.

5.   Defectos causados por personas que hacen reparaciones y no estén autorizadas por SharkNinja. Estos defectos incluyen daños causados en el proceso de envío, modificación o reparación del producto SharkNinja (o cualquiera de sus piezas) cuando la reparación es realizada por una persona que no está autorizada por SharkNinja.

6.   Productos comprados, usados u operados fuera de Norteamérica.

**Cómo solicitar el servicio técnico**
Si su aparato no funciona de forma adecuada cuando se usa en condiciones domésticas normales dentro del período de garantía, visite **ninjakitchen.com/support** para obtener instrucciones de cuidado y mantenimiento del producto que usted mismo pueda llevar a cabo. Nuestros especialistas de servicio al cliente también están a su disposición si llama al **1-877-646-5288** para asistirlo con todas las opciones de servicio de garantía y soporte del producto, incluida la posibilidad de mejorar su garantía a nuestras opciones de servicio de garantía VIP para categorías de productos exclusivos. Para que podamos asistirlo mejor, registre su producto en línea en registeryourninja.com y tenga el producto a la mano cuando llame.

SharkNinja cubrirá el costo de envío de la unidad por parte del cliente para ser reparada o reemplazada. Se cobrará una tarifa de 19,95 USD (sujeto a cambios) cuando SharkNinja envíe la unidad reparada o el reemplazo.

**Cómo iniciar un reclamo de garantía**
Debe llamar al **1-877-646-5288** para iniciar un reclamo de garantía. Necesitará el recibo como prueba de compra. Un especialista de servicio al cliente le proporcionará instrucciones para la devolución y el embalaje.

**Cómo se aplica la ley estatal**
Esta garantía le otorga derechos legales específicos, y usted también puede tener otros derechos que varían según el estado. Algunos estados no permiten la exclusión o la limitación de los daños incidentales o emergentes, por lo que lo anterior puede no aplicarse en su caso.

**NOTES**

**NOTES**

ESPAÑOL

**SharkNinja Operating LLC**
**US: Needham, MA 02494**
**1-877-646-5288**
**ninjakitchen.com**

Illustrations may differ from actual product. We are constantly striving to improve our products, therefore the specifications contained herein are subject to change without notice.

FOODI and NINJA are registered trademarks of SharkNinja Operating LLC.

COOK & CRISP and TENDERCRISP are trademarks of SharkNinja Operating LLC.

For SharkNinja U.S. patent information, visit sharkninja.com/uspatents/

**SharkNinja Operating LLC**
**États-Unis : Needham, MA 02494**
**1 877 646-5288**
**ninjakitchen.com**

Les illustrations peuvent différer du produit réel. Nous tentons constamment d'améliorer nos produits; par conséquent, les caractéristiques indiquées dans le présent document peuvent être modifiées sans préavis.

FOODI et NINJA sont des marques de commerce déposées de SharkNinja Operating LLC.

COOK & CRISP et TENDERCRISP sont des marques de commerce de SharkNinja Operating LLC.

Pour obtenir de l'information au sujet des brevets de SharkNinja aux États-Unis, consultez le site suivant : www.sharkninja.com/uspatents/

**SharkNinja Operating LLC**
**EE. UU.: Needham, Massachusetts 02494**
**1-877-646-5288**
**ninjakitchen.com**

Las ilustraciones pueden diferir del producto real. Nos esforzamos constantemente por mejorar nuestros productos, por lo que las especificaciones que se incluyen en el presente pueden cambiar sin previo aviso.

FOODI y NINJA son marcas comerciales registradas de SharkNinja Operating LLC.

COOK & CRISP y TENDERCRISP son marcas comerciales de SharkNinja Operating LLC.

Para obtener información sobre las patentes de SharkNinja en los EE. UU., visite sharkninja.com/uspatents/

© 2020 SharkNinja Operating LLC.

PRINTED IN CHINA / IMPRIMÉ EN CHINE  / IMPRESO EN CHINA

OP300Series_IB_E_F_S_REV_Mv19

  

**@ninjakitchen**