United States District Court
Southern District of Texas
**ENTERED**
June 10, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| I.T., *a minor, by and through her mother*, DANIELA GONZALEZ, *individually, and as custodial parent and next friend*, "Plaintiffs," <br><br> v. <br><br> SHARKNINJA OPERATING, LLC, "Defendant." | Civil Action No. 1:23-cv-00139 |

### ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE

Before the Court is the parties' "Stipulation To Dismiss With Prejudice" (Dkt. No. 14). Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), Plaintiffs' claims against Defendant are **DISMISSED with prejudice**. The parties will bear their own attorney's fees, expenses, and costs of the Court. The Clerk of the Court is **ORDERED** to close this case.

Signed on June 10, 2024.

_____
Rolando Olvera
United States District Judge